CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 DEC -4  P  : 50

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *ex rel.* VERITY INVESTIGATIONS, LLC, <br><br> *Plaintiff/Relator*, <br><br> v. <br><br> ALBIREO ENERGY, LLC, <br> LM FOODS, LLC, <br> DIRECT CONNECT LOGISTIX INC., <br> HANSONS HOLDINGS, LLC, <br> DRAKE AUTOMOTIVE GROUP, LLC, <br> INTERVISION SYSTEMS, LLC, <br> NETELLIGENT CORPORATION, <br> BLUELOCK, LLC, <br> INFINITI CONSULTING GROUP, LLC, <br> FOTIS NETWORKS LLC, <br> LAB CRAFTERS, INC., <br> PUEBLO MECHANICAL AND CONTROLS, LLC, <br> RONNOCO COFFEE, LLC, <br> SCIENS BUILDING SOLUTIONS, LLC, <br> SOCK AND ACCESSORY BRANDS GLOBAL, LLC, <br> NATIONAL PAINT INDUSTRIES INC., <br> POLOPLAZ, INC., <br> NORTHWEST PALLET SERVICES, LLC, <br><br> *Defendants.* | Case No. _____ <br><br> **ORIGINAL COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT, 31 U.S.C. § 3729 *et seq.*** <br><br> **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** <br><br> **DO NOT PLACE IN PRESS BOX** <br><br> **Jury Trial Demanded** |

1

### *QUI TAM* COMPLAINT

**I.    INTRODUCTION**

1.      This is a *qui tam* case, filed on behalf of the federal government, seeking to recover over $53 million (plus mandatory trebling) that Defendants wrongfully obtained in the form of federal guaranteed loans by falsely certifying that they and their affiliates met the eligibility requirements for the Small Business Association's ("SBA's") Paycheck Protection Program ("PPP"). Those loans were later forgiven, and the federal government paid the bill.

2.      The PPP was created by Congress near the start of the COVID-19 epidemic in the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") in 2020, and then received additional funding ($284 billion) in December 2020 in the "Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act."[1] 15 U.S.C. § 636(a)(37).

3.      In early 2021, SBA authorized a second series of PPP loans, widely referred to as "Second Draw" PPP loans. This case involves false applications for First and Second Draw PPP loans.

4.      For First Draw PPP loans, applicants were required to certify that they (both the applicant and its domestic and foreign affiliates) met the size standard—(a) collectively employed 500 or fewer persons, (b) met the SBA employee-based or revenue-based industry size standards, or (c) met the SBA alternative size standard that (i) the tangible net worth of the business is not more than $15 million and (ii) the average net income for two fiscal years before the date of the application is not more than $5 million.

5.      For Second Draw PPP loans, applicants were required to certify that they qualified as "small" businesses. The SBA established a clear, bright-line rule for who counted as "small."

---

[1] SBA INSPECTOR GENERAL INSPECTION REPORT, The Small Business Administration's Implementation of Recommended Controls and the Economic Aid Act (Aug. 12, 2021), https://www.sba.gov/sites/sbagov/files/2021-08/SBA%20OIG%20Report%202021-19.pdf.

2

Applicants were required to certify, in their application, that they (both the applicant and its affiliates) collectively employed 300 or fewer persons.[2]

6.      In their First Draw loan applications, Albireo Energy, LLC, LM Foods, LLC, Direct Connect Logistix Inc., Hansons Holdings, LLC, Drake Automotive Group, LLC, InterVision Systems, LLC, Netelligent Corporation, Bluelock, LLC, Infiniti Consulting Group, LLC, Fotis Networks LLC, Lab Crafters, Inc., Pueblo Mechanical and Controls, LLC, Ronnoco Coffee, LLC, Sciens Building Solutions, LLC, Sock and Accessory Brands Global LLC, National Paint Industries Inc., PoloPlaz, Inc., and Northwest Pallet Services, LLC falsely certified to the SBA that they and their affiliates had 500, 77, 137, 282, 157, 75, 139, 36, 50, 18, 37, 480, 278, 500, 196, 63, 19, and 500 employees, respectively. As a direct result of those false statements, these entities obtained First Draw PPP loans totaling $51,899,199.50, which were later forgiven.

7.      In its Second Draw loan application, Hansons Holdings, LLC falsely certified to the SBA that it and its affiliates had 282 employees. As a direct result of that false statement, Hansons Holdings, LLC obtained a Second Draw PPP loan totaling $2,000,000, which was later forgiven.

8.      Relator is an outside investigative company that detected Defendants' fraud by reviewing evidence that Defendants are portfolio companies owned by a private equity group and thus Defendants are each other's affiliates. That evidence demonstrates that Defendants falsely certified to the SBA that they met the eligibility requirements for the PPP loans they obtained.

---

[2] SMALL BUSINESS ADMINISTRATION, Second Draw PPP loan, https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program/second-draw-ppp-loan.

3

## II. THE PARTIES

9. Plaintiff Verity Investigations LLC ("Relator") is an investigative firm formed by two professionals with widespread experience in detecting and reporting fraud on the U.S. public fisc.

10. Defendant Albireo Energy, LLC is a Michigan limited liability company with its principal place of business in Edison, New Jersey.

11. Defendant LM Foods, LLC is a Delaware limited liability company with its principal place of business in Carteret, New Jersey.

12. Defendant Direct Connect Logistix Inc. is an Indiana corporation with its principal place of business in Indianapolis, Indiana.

13. Defendant Hansons Holdings, LLC is a Michigan limited liability company with its principal place of business in Troy, Michigan.

14. Defendant Drake Automotive Group, LLC is a Delaware limited liability company with its principal place of business in Henderson, Nevada.

15. Defendant InterVision Systems, LLC is a Delaware limited liability company with its principal place of business in Santa Clara, California.

16. Defendant Netelligent Corporation is a Delaware corporation with its principal place of business in St. Louis, Missouri.

17. Defendant Bluelock, LLC is an Indiana limited liability company with its principal place of business in Indianapolis, Indiana.

18. Defendant Infiniti Consulting Group, LLC is a Delaware limited liability company with its principal place of business in Santa Clara, California.

19. Defendant Fotis Networks LLC is a Massachusetts limited liability company with its principal place of business in Boston, Massachusetts.

4

20. Defendant Lab Crafters, Inc. is a New York corporation with its principal place of business in Ronkonkoma, New York.

21. Defendant Pueblo Mechanical and Controls, LLC is a Delaware limited liability company with its principal place of business in Tucson, Arizona.

22. Defendant Ronnoco Coffee, LLC is a Delaware limited liability company with its principal place of business in Saint Louis, Missouri.

23. Defendant Sciens Building Solutions, LLC is a Delaware limited liability company with its principal place of business in Pleasanton, California.

24. Defendant Sock and Accessory Brands Global LLC is a Delaware limited liability company with its principal place of business in Advance, North Carolina.

25. Defendant National Print Industries Inc. is a New Jersey corporation with its principal place of business in North Brunswick, New Jersey.

26. Defendant PoloPlaz, Inc. is a Delaware corporation with its principal place of business in North Brunswick, New Jersey.

27. Defendant Northwest Pallet Services, LLC is a Delaware limited liability company with its principal place of business in Schaumburg, Illinois.

## III.   JURISDICTION AND VENUE

28. This action arises under the laws of the United States to redress violations of the Federal False Claims Act, 31 U.S.C. §§ 3729–33 ("FCA").

29. Subject-matter jurisdiction is conferred by 28 U.S.C. §§ 1331, 1345.

30. Venue is proper, and this Court has personal jurisdiction over Defendants, because one or more Defendant Albireo Energy, LLC, National Print Industries Inc., and PoloPlaz, Inc. are "found" in this District. 31 U.S.C. § 3732(a).

5

## IV.    THE FALSE CLAIMS ACT

31.    The FCA is the primary civil remedial statute designed to deter fraud upon the United States. Its purpose is to "enhance the Government's ability to recover losses sustained as a result of fraud against the Government." S. Rep. No. 99-345, at 1 (July 28, 1986).

32.    A defendant violates the FCA when the defendant "knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval." 31 U.S.C. § 3729(a)(1)(A).

33.    Under the FCA, a claim includes a request for money. 31 U.S.C. § 3729(b)(2). A claim is "false or fraudulent" under the FCA if the entity or person submitting the claim was not entitled to payment.

34.    In 2009, Congress amended the FCA through the Fraud Enforcement and Recovery Act of 2009 ("FERA"), Pub. L. No. 111-21 (May 20, 2009), making a defendant liable under the FCA when the defendant "knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim." 31 U.S.C. § 3729(a)(1)(B).

35.    Under the FCA, the terms "knowing" and "knowingly" mean that the defendant "(i) has actual knowledge of the information; (ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information." 31 U.S.C. § 3729(b)(1)(A).

36.    No proof of specific intent to defraud the Government is required to show that a defendant acted knowingly under the FCA. 31 U.S.C. § 3729(b)(1)(B).

37.    The terms "knowing," "knowingly," "knowledge," "knows," and "knew," as used in this Complaint, have the meaning ascribed to them by the FCA.

38.    The FCA defines the term "material" as "having a natural tendency to influence, or be capable of influencing, the payment or receipt of money or property." 31 U.S.C. § 3729(b)(4).

39.     The FCA broadly defines a "claim" as "any request or demand . . . for money or property" that: "(i) is presented to an officer, employee, or agent of the United States," or "(ii) is made to a contractor, grantee, or other recipient, if the money or property is to be spent or used on the Government's behalf or to advance a Government program or interest, and if the United States Government (I) provides or has provided any portion of the money or property requested or demanded; or (II) will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded." 31 U.S.C. § 3729(b)(2).

40.     The FCA imposes treble damages plus a civil penalty for each false claim. *See* 31 U.S.C. § 3729(a)(1).

41.     The minimum and maximum civil penalty amounts are adjusted for inflation each successive year under the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015, Pub. L. No. 114-74, § 701, 129 Stat. 584, 599–601 (2015). *See* 28 C.F.R. § 85.5 (identifying applicable inflation adjustments on an annual basis); 31 U.S.C. § 3729(a)(1).

42.     As of February 12, 2024, courts must assess a civil penalty of no less than $13,946 and no more than $27,894 per claim for FCA violations that occurred after November 2, 2015. *See* 28 C.F.R. § 85.5 Table 1.

43.     False statements made in a loan application to a third-party lender qualify as "false claims" to the government where, as here, the loan is guaranteed by the federal government and the federal government later repays the lender. *See United States v. Van Oosterhout*, 96 F.3d 1491, 1494 (D.C. Cir. 1996).

## V.     NO "PUBLIC DISCLOSURE" AND RELATOR IS AN ORIGINAL SOURCE

44.     On information and belief, no "public disclosure" has been made of Defendants' false statements and fraud detailed herein. 31 U.S.C. § 3730(e)(4)(A).

7

45.    On information and belief, Defendants' fraudulent transactions have not been publicly disclosed in a federal criminal, civil, or administrative hearing in which the Government or its agent is a party; in a congressional, Government Accountability office, or other Federal report, hearing, audit, or investigation; or by the news media.

46.    Even if there had been a "public disclosure," that would not matter in this case because Relator is an "original source of the information" set forth in this complaint. 31 U.S.C. § 3730(e)(4)(A).

47.    Relator's knowledge is independent of and materially adds to any publicly disclosed aspects of the fraudulent transactions described herein. Among other things, Relator has "connected the dots" between (a) evidence that Defendants are portfolio companies owned by a private equity group, and (b) Defendants' false certifications for PPP loans.

48.    Prior to filing this action, Relator voluntarily provided the Government with this complaint and all material evidence in Relator's possession relating to the fraudulent transactions.

## VI.    THE FIRST DRAW PPP LOAN PROGRAM

49.    To be eligible for a First Draw PPP loan, borrowers were required to meet one of the following criteria: "employs not more than the greater of (1) "500 employees;" or (2) "if applicable, the size standard in number of employees established by the Administration for the industry in which the business concern, . . . operates," 15 U.S.C. § 636(a)(36)(D); or (3) meets the "alternative size standard" as of March 27, 2020 with (a) "maximum tangible net worth of the applicant is not more than $15,000,000"; and (b) "the average net income after Federal income taxes (excluding any carry-over losses) of the applicant for the 2 full fiscal years before the date of the application is not more than $5,000,000." 15 U.S.C. § 632(a)(5).

50.    The SBA's website explained "who may qualify" for a First Draw PPP loan. This was explained in an overview page of the website[3] and in the online "Frequently Asked Questions" document available on the website.[4]

51.    The SBA's FAQ stated that "borrowers" were "required to apply SBA's affiliation rules under 13 C.F.R. 121.301(f)."[5]

52.    That regulation—13 C.F.R. § 121.301(f)—stated that when counting "employees," an applicant must include the employees of "all of its domestic and foreign affiliates." 13 C.F.R. § 121.301(f)(6).[6]

53.    That regulation defined affiliation broadly:

a.    Affiliation includes "affiliation based on ownership." "For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern. SBA will deem a minority shareholder to be in control, if that individual or entity has the ability, under the concern's charter, by-laws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders." *See* 13 C.F.R. § 121.301(f)(1).[7]

b.    Affiliation may also arise "under stock options, convertible securities, and agreements to merge." *See* 13 C.F.R. § 121.301(f)(2).[8]

---

[3] SMALL BUSINESS ADMINISTRATION, First Draw PPP loan, https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program/first-draw-ppp-loan.

[4] SMALL BUSINESS ADMINISTRATION, FAQ for PPP Borrowers and Lenders (as of April 6, 2020).

[5] SMALL BUSINESS and ADMINISTRATION, FAQ for PPP Borrowers and Lenders at 2 (as of April 6, 2020).

[6] 13 C.F.R. § 121.301(f) (effective March 27, 2020 to September 7, 2021).

[7] 13 C.F.R. § 121.301(f) (effective March 27, 2020 to September 7, 2021).

[8] 13 C.F.R. § 121.301(f) (effective March 27, 2020 to September 7, 2021).

c.      Affiliation may arise "based on management:" "Affiliation arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one concern also controls the Board of Directors or management of one or more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement." *See* 13 C.F.R. § 121.301(f)(3).[9]

d.      Affiliation may arise "based on identity of interest:" "Affiliation arises when there is an identity of interest between close relatives, as defined in 13 CFR 120.10, with identical or substantially identical business or economic interests (such as where the close relatives operate concerns in the same or similar industry in the same geographic area). Where SBA determines that interests should be aggregated, an individual or firm may rebut that determination with evidence showing that the interests deemed to be one are in fact separate." *See* 13 C.F.R. § 121.301(f)(4).[10]

e.      Affiliation may arise "based on franchise and license agreements:" "The restraints imposed on a franchisee or licensee by its franchise or license agreement generally will not be considered in determining whether the franchisor or licensor is affiliated with an applicant franchisee or licensee provided the applicant franchisee or licensee has the right to profit from its efforts and bears the risk of loss commensurate with ownership. SBA will only consider the franchise or license agreements of the applicant concern." *See* 13 C.F.R. § 121.301(f)(5).[11]

---

[9] 13 C.F.R. § 121.301(f) (effective March 27, 2020 to September 7, 2021).
[10] 13 C.F.R. § 121.301(f) (effective March 27, 2020 to September 7, 2021).
[11] 13 C.F.R. § 121.301(f) (effective March 27, 2020 to September 7, 2021).

54.    The SBA's FAQ also stated that applicants were required to apply "the affiliation rules" to the "employee-based or revenue-based size standard" and the "SBA's alternative size standard." [12]

55.    The SBA required borrowers to submit a First Draw borrower application form (SBA Form 2483) to a federally insured bank or similar credit institution, which would process the loan application and fund the loan.

56.    The SBA Form 2483 required the borrower to state its "Number of Employees."

57.    The SBA Form 2483 then required the applicant's authorized representative to certify eligibility by signing a statement that "[t]he Applicant . . . employs no more than the greater of 500 or [*sic*] employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry."

58.    The SBA Form 2483 then required the applicant's authorized representative to certify eligibility by signing a statement that "The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule)."

59.    The SBA Form 2483 also required the applicant's authorized representative to initial to "certify that the information provided in this application . . . is true and accurate," and to acknowledge "that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 U.S.C. 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000 . . . ."

---

[12] SMALL BUSINESS and ADMINISTRATION, FAQ for PPP Borrowers and Lenders at 2 (as of April 6, 2020).

11

60.     The SBA guaranteed 100% of the outstanding balance of Defendant's First Draw PPP loan. The guarantee was backed by the full faith and credit of the United States. 15 U.S.C. § 636(a)(2)(F).

## VII.   THE SECOND DRAW PPP LOAN PROGRAM

61.     To be eligible for a Second Draw PPP loan, borrowers were required to meet three criteria: (1) have "[p]reviously received a First Draw PPP Loan," (2) "[have] no more than 300 employees," and (3) be able to "demonstrate at least a 25% reduction in gross receipts between comparable quarters in 2019 and 2020."[13] 15 U.S.C. § 636(a)(37)(A)(iv).

62.     The SBA's website explained the 300-limit to borrowers. This was explained in an overview page of the website[14] and in the online "Frequently Asked Questions" document available on the website.[15]

63.     The SBA's FAQ document stated that this limit was "narrower" than the prior 500-employee limit for the earlier First Draw PPP loans.[16]

64.     The SBA's FAQ document warned borrowers that, unlike with the First Draw PPP loans, borrowers would not be allowed to qualify using "SBA's [other] established size standards (either revenue-based or employee-based) or the alternative size standard."[17]

65.     The SBA's FAQ stated that "borrowers" were "required to apply SBA's affiliation rules under 13 C.F.R. 121.301(f)" for purposes of the Second Draw loan as well.[18]

---

[13] SMALL BUSINESS ADMINISTRATION, Second Draw PPP loan, https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program/second-draw-ppp-loan.
SMALL BUSINESS ADMINISTRATION, Second Draw PPP loan, https://perma.cc/R74F-68UQ?type=image (as of March 2021).
[15] SMALL BUSINESS ADMINISTRATION, FAQ for PPP Borrowers and Lenders, https://perma.cc/5Y8K-CR5Y (as of March 2021).
[16] SMALL BUSINESS ADMINISTRATION, FAQ for PPP Borrowers and Lenders, at 29, https://www.sba.gov/document/support-faq-ppp-borrowers-lenders.
[17] SMALL BUSINESS ADMINISTRATION, FAQ for PPP Borrowers and Lenders, at 29, https://www.sba.gov/document/support-faq-ppp-borrowers-lenders.
[18] SMALL BUSINESS ADMINISTRATION, FAQ for PPP Borrowers and Lenders, at 3, https://www.sba.gov/document/support-faq-ppp-borrowers-lenders.

12

66.     The SBA required borrowers to submit a Borrower Application Form (SBA Form 2483-SD) to a federally insured bank or similar credit institution, which would process the loan application and fund the loan.

67.     The SBA Form 2483-SD required the borrower to state the "Number of Employees (including affiliates, if applicable)."

68.     The SBA Form 2483-SD then required the applicant's authorized representative to certify eligibility by signing a statement that "[t]he Applicant, together with its affiliates (if applicable) . . . employs no more than 300 employees."

69.     The SBA Form 2483-SD also required the applicant's authorized representative to initial to "certify that the information provided in this application . . . is true and accurate," and to acknowledge "that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 U.S.C. 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000 . . . ."

70.     The SBA guaranteed 100% of the outstanding balance of Defendants' Second Draw PPP loans. The guarantee was backed by the full faith and credit of the United States. 15 U.S.C. § 636(a)(2)(F).

## VIII.  DEFENDANTS FALSELY CERTIFIED TO THE SBA THEIR COMPLIANCE WITH THE PPP ELIGIBILITY REQUIREMENTS

### A.  BACKGROUND

#### 1.  HURON CAPITAL PARTNERS LLC

71.     Huron Capital Partners LLC ("Huron Capital") is a private equity firm, registered as a Michigan limited liability company, headquartered in Detroit, Michigan.[19]

---

[19] Huron Capital's Website – Home, https://www.huroncapital.com/; Michigan, Business Registry, Huron Capital Partners LLC (File No. 801115725) https://mibusinessregistry.lara.state.mi.us/search/business.

13

72.     Huron Capital has approximately $2.0 billion of assets under management and has made over 275 acquisitions in the middle market.[20]

73.     Huron Capital targets both control and non-control equity interests.[21]

74.     On information and belief, Huron Capital, through its investment vehicles, had a majority owned and/or controlling equity stake in each Defendant at the time of Defendants' respective First Draw and/or Second Draw PPP loan applications, which qualified Huron Capital as Defendants' "affiliate" for purposes of the PPP Loan program under 13 C.F.R. § 121.301(f).

75.     In August 2018, Huron Capital formed High Street Insurance Partners ("High Street") to build a full-service insurance brokerage business.[22] Prior to 2020, High Street acquired numerous add-on companies, including:

    a.  Peterson McGregor & Associates, acquired on or around August 2018;[23]

    b.  The DJB Insurance Group, acquired on or around November 2018;[24]

    c.  KorthaseFlinn Insurance & Financial Services, acquired on or around May 2019;[25]

    d.  Tompkins Insurance Agency, acquired on or around June 2019;[26]

    e.  Ottawa Kent Insurance Agency, acquired on or around September 2019;[27] and

---

[20] Huron Capital's Website – History, https://www.huroncapital.com/history/.

[21] Huron Capital, *Huron Capital's Pueblo Mechanical & Controls ExecFactor® Platform Completes Fifth Add-on Acquisition*, August 5, 2019, https://www.huroncapital.com/news/huron-capitals-pueblo-mechanical-controls-execfactor-platform-completes-fifth-add-on-acquisition/.

[22] Huron Capital, *Huron Capital Completes 200th Acquisition as High Street Insurance Partners Acquires Capital Insurance Group*, August 13, 2020, https://www.huroncapital.com/news/huron-capital-completes-200th-acquisition-as-high-street-insurance-partners-acquires-capital-insurance-group/.

[23] Mergr, *High Street Insurance Partners Acquires Peterson McGregor & Associates*, https://mergr.com/transaction/high-street-insurance-partners-acquires-peterson-mcgregor-associates.

[24] PitchBook, The DBJ Group, https://pitchbook.com/profiles/company/262018-63#overview.

[25] Huron Capital, *Huron Capital's High Street Insurance Partners ExecFactor® Platform Completes Fourth Add-on*, May 28, 2019, https://www.huroncapital.com/news/huron-capitals-high-street-insurance-partners-execfactor-platform-completes-fourth-add-on/.

[26] Huron Capital, *High Street Insurance Partners Acquires Tompkins Insurance Agency*, June 26, 2019, https://www.huroncapital.com/news/high-street-insurance-partners-acquires-tompkins-insurance-agency/.

[27] Huron Capital, *Huron Capital's High Street Insurance Partners Acquires Ottawa Kent Insurance Agency*, September 11, 2019, https://www.huroncapital.com/news/huron-capitals-high-street-insurance-partners-acquires-ottawa-kent-insurance-agency/.

14

f.   InPro Insurance Group, acquired on or around December 2019.[28]

76.    On information and belief, Defendants, High Street, and High Street's affiliates, as listed in ¶ 75, *supra*, qualify as "affiliates" for purposes of the PPP Loan program under one or more of the alternative definitions provided in 13 C.F.R. § 121.301(f).

77.    On or around April 12, 2021, Huron Capital sold its majority stake in High Street to Abry Partners, while retaining a minority interest in High Street.[29]

78.    On August 5, 2013, Huron Capital acquired Pure Dental Brands ("Pure Dental");[30] Pure Dental remains an active investment of Huron Capital.[31]

79.    On information and belief, Defendants and Pure Dental qualify as "affiliates" for purposes of the PPP Loan program under one or more of the alternative definitions provided in 13 C.F.R. § 121.301(f).

80.    In 2014, Huron Capital formed The XLerate Group ("XLerate Group") to pursue a buy-and-build strategy in the auto remarketing services industry.[32] On or around October 28, 2019, XLerate Group owned and controlled 21 auto auction locations across the United States.[33]

81.    On information and belief, Defendants, XLerate Group, and XLerate Group's auto auction locations qualify as "affiliates" for purposes of the PPP Loan program under one or more of the alternative definitions provided in 13 C.F.R. § 121.301(f).

---

[28] PR Newswire, Huron Capital's High Street Insurance Partners Acquires InPro Insurance Group, December 19, 2019, https://www.prnewswire.com/news-releases/huron-capitals-high-street-insurance-partners-acquires-inpro-insurance-group-300977641.html.

[29] Huron Capital, *Abry Partners Announces Acquisition of High Street Insurance Partners From Huron Capital*, April 12, 2021, https://www.huroncapital.com/news/huron-capitals-high-street-insurance-partners-expands-northeast-presence-with-three-acquisitions/.

[30] Mergr, *Huron Capital Acquires Pure Dental Brands*, https://mergr.com/transaction/huron-capital-acquires-pure-dental-brands.

[31] Huron Capital's Website – Pure Dental, https://www.huroncapital.com/portfolio/pure-dental-brands/.

[32] Huron Capital, *Huron Capital Completes the Sale of XLerate Group*, September 2021, https://www.huroncapital.com/news/huron-capital-completes-the-sale-of-xlerate-group/.

[33] Huron Capital, *Huron Capital's XLerate Group Completes Eighth Add-on Acquisition*, October 28, 2019, https://www.huroncapital.com/news/huron-capitals-xlerate-group-completes-eighth-add-on-acquisition/.

82. On September 27, 2021, Huron Capital sold its interest in XLerate Group to Brightstar Capital Partners.[34]

### 2. DEFENDANT ALBIREO ENERGY, LLC

83. Defendant Albireo Energy, LLC ("Albireo Energy") is a Michigan limited liability company with its principal place of business located in Edison, New Jersey.[35]

84. Albireo Energy can be validly served with process at 3410 Belle Chase Way, Suite 600, Lansing, MI 48911.[36]

85. Albireo Energy is a provider of building controls and energy services for building owners.[37] Albireo Energy has been a platform initiated, owned and controlled by Huron Capital since 2013.[38]

86. Prior to 2020, Huron Capital, through Albireo Energy, acquired numerous add-on companies, including:

   a. Energy Options, Inc., acquired on or around June 3, 2014;[39]

   b. Electronic Controls Systems, acquired on or around October 15, 2014;[40]

   c. Green Total Solutions, acquired on or around October 15, 2014;[41]

---

[34] Huron Capital, *Huron Capital Completes the Sale of XLerate Group*, September 2021, https://www.huroncapital.com/news/huron-capital-completes-the-sale-of-xlerate-group/.

[35] Albireo Energy's Website – Locations, https://albireoenergy.com/our-locations/?_regions=north-america.

[36] Michigan, Business Registry, *Alberio Energy, LLC (File No. 801703471)*, https://mibusinessregistry.lara.state.mi.us/search/business.

[37] Albireo Energy's Website – About, https://albireoenergy.com/our-story/.

[38] Huron Capital, *Huron Capital's Albireo Energy Completes Fifth Acquisition In Thirteen Months*, June 22, 2015, https://www.prnewswire.com/news-releases/huron-capitals-albireo-energy-completes-fifth-acquisition-in-thirteen-months-300102043.html.

[39] Albireo Energy, *Albireo Energy Acquires Energy Options*, June 3, 2014, https://albireoenergy.com/2014/06/03/albireo-energy-acquires-energy-options/.

[40] Albireo Energy, *Albireo Energy Acquires Electronic Control Systems and Green Total Solutions*, October 15, 2014, https://albireoenergy.com/2014/10/15/albireo-energy-acquires-electronic-control-systems-and-green-total-solutions/.

[41] Albireo Energy, *Albireo Energy Acquires Electronic Control Systems and Green Total Solutions*, October 15, 2014, https://albireoenergy.com/2014/10/15/albireo-energy-acquires-electronic-control-systems-and-green-total-solutions/.

16

d.  Sky Technologies, Inc., acquired on or around April 1, 2015;[42]

e.  GxP Automation, acquired on or around June 22, 2015;[43]

f.  Advanced Power Control, Inc., acquired on or around July 19, 2016;[44]

g.  Energy Systems Technologies, Inc., acquired on or around July 19, 2016;[45]

h.  Energy Management Control Corporation, acquired on or around April 25, 2018;[46]

i.  Taylor Consulting & Contracting, acquired on or around November 27, 2018;[47]

j.  EMS Technologies, acquired on or around January 31, 2019;[48]

k.  Alabama Controls Corporation, acquired on or around July 1, 2019;[49]

l.  Environmental Energy Corp., acquired on or around September 17, 2019;[50] and

m.  Quality Building Controls, Inc., acquired on or around December 10, 2019.[51]

87.  On information and belief, Defendant Albireo Energy, along with its add-on companies, as listed in ¶ 86, *supra*, remained majority owned and/or controlled by Huron Capital at the time of Albireo Energy's First Draw PPP loan application.

---

[42] PR Newswire, *Huron Capital Energy Efficiency Services Platform Acquires Sky Technologies*, April 1, 2015, https://www.prnewswire.com/news-releases/huron-capital-energy-efficiency-services-platform-acquires-sky-technologies-300058737.html.

[43] Albireo Energy, *Albireo Energy Acquires GxP Automation*, June 22, 2015, https://albireoenergy.com/2015/06/22/albireo-energy-acquires-gxp-automation/.

[44] PR Newswire, *Albireo Energy Merges with Advanced Power Control and Energy Systems Technologies*, July 19, 2016, https://www.prnewswire.com/news-releases/albireo-energy-merges-with-advanced-power-control-and-energy-systems-technologies-300300247.html.

[45] PR Newswire, *Albireo Energy Merges with Advanced Power Control and Energy Systems Technologies*, July 19, 2016, https://www.prnewswire.com/news-releases/albireo-energy-merges-with-advanced-power-control-and-energy-systems-technologies-300300247.html.

[46] Albireo Energy, *Energy Management Control Corporation Joins Albireo Energy*, April 25, 2018, https://albireoenergy.com/2018/04/25/energy-management-control-corporation-joins-albireo-energy/.

[47] Huron Capital, *Huron Capital's Albireo Energy Adds a Ninth Company to Platform*, November 27, 2018, https://www.huroncapital.com/news/huron-capitals-albireo-energy-adds-a-ninth-company-to-platform/.

[48] Huron Capital, *Huron Capital's Albireo Energy Adds 10th Company to Platform*, January 31, 2019, https://www.huroncapital.com/news/huron-capitals-albireo-energy-adds-10th-company-to-platform/.

[49] Albireo Energy, *Alabama Controls Corporation Joins Albireo Energy*, July 1, 2019, https://albireoenergy.com/2019/07/01/alabama-controls-corporation-joins-albireo-energy/s.

[50] Huron Capital, *Huron Capital's Albireo Energy Acquires Environmental Energy Corp.*, September 17, 2019, https://www.huroncapital.com/news/huron-capitals-albireo-energy-acquires-environmental-energy-corp/.

[51] PR Newswire, *Quality Building Controls Joins Albireo Energy*, December 10, 2019, https://www.prnewswire.com/news-releases/quality-building-controls-joins-albireo-energy-300972123.html.

17

88.    Albireo Energy remains a current portfolio holding of Huron Capital.[52]

### 3. DEFENDANT LM FOODS, LLC

89.    Defendant LM Foods, LLC ("LM Foods") is a Delaware limited liability company with its principal place of business located in Carteret, New Jersey.[53]

90.    LM Foods can be validly served with process at 251 Little Falls Drive, Wilmington, DE 19808.[54]

91.    LM Foods produces and sells crab flavored seafood through retail channels primarily in North America.[55] LM Foods is part of Aquamar Holdings ("Aquamar"), a platform initiated, owned and controlled by Huron Capital since August 2017.[56]

92.    Prior to 2020, Huron Capital, through Aquamar, acquired two add-on companies, including:

    a.    Aquamar, Inc., acquired on or around August 24, 2017;[57] and

    b.    LM Foods, LLC, acquired on or around August 24, 2017;[58]

93.    On information and belief, Defendant LM Foods, Aquamar, along with its add-on companies, as listed in ¶ 92, *supra*, remained majority owned and/or controlled by Huron Capital at the time of LM Foods' First Draw PPP loan application.

94.    LM Foods remains a current portfolio holding of Huron Capital, through Aquamar.[59]

---

[52] Huron Capital's Website – Albireo Energy, https://www.huroncapital.com/portfolio/albireo-energy/.
[53] Aquamar's Website – About, https://aquamarseafood.com/about/.
[54] Delaware, Division of Corporations, *LM Foods, LLC (File No. 5458993)*,
https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.
[55] Aquamar's LinkedIn – About, https://www.linkedin.com/company/aquamarinc/about/.
[56] Huron Capital, *Huron Capital Forms Seafood Platform With Two Acquisitions*, August 24, 2017,
https://www.huroncapital.com/news/huron-capital-forms-seafood-platform-with-two-acquisitions/.
[57] Huron Capital, *Huron Capital Forms Seafood Platform With Two Acquisitions*, August 24, 2017,
https://www.huroncapital.com/news/huron-capital-forms-seafood-platform-with-two-acquisitions/.
[58] Huron Capital, *Huron Capital Forms Seafood Platform With Two Acquisitions*, August 24, 2017,
https://www.huroncapital.com/news/huron-capital-forms-seafood-platform-with-two-acquisitions/.
[59] Huron Capital's Website – Aquamar, https://www.huroncapital.com/portfolio/aquamar/.

18

### 4. DEFENDANT DIRECT CONNECT LOGISTIX INC.

95.     Defendant Direct Connect Logistix Inc. ("Direct Connect") is an Indiana corporation with its principal place of business located in Indianapolis, Indiana.[60]

96.     Direct Connect can be validly served with process at 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204.[61]

97.     Direct Connect is a logistic company that provides multimodal transportation services to shippers.[62] Direct Connect has been a platform initiated, owned and controlled by Huron Capital since 2018.[63]

98.     On information and belief, Defendant Direct Connect remained majority owned and/or controlled by Huron Capital at the time of Direct Connect's First Draw PPP loan application.

99.     Direct Connect remains a current portfolio holding of Huron Capital.[64]

### 5. DEFENDANT HANSONS HOLDINGS, LLC

100.    Defendant Hansons Holdings, LLC ("Hansons") is a Michigan limited liability company with its principal place of business located in Troy, Michigan.[65]

101.    Hansons can be validly served with process at 40600 Ann Arbor Road East, Suite 201, Plymouth, MI 48170.[66]

---

[60] Direct Connect's Website – Home, https://dclogistix.com/.
[61] Indiana, Secretary of State, *Direct Connect Logistix Inc. (File No. 201612201171989)*, https://bsd.sos.in.gov/publicbusinesssearch.
[62] Direct Connect's LinkedIn – About, https://www.linkedin.com/company/dclogistix/about/.
[63] PR Newswire, *Huron Capital's Direct Connect Logistix Expands into Mountain West with Acquisition of Performance Logistics*, February 21, 2022, https://www.prnewswire.com/news-releases/huron-capitals-direct-connect-logistix-expands-into-mountain-west-with-acquisition-of-performance-logistics-301486214.html.
[64] Huron Capital's Website – Direct Connect, https://www.huroncapital.com/portfolio/direct-connect-logistix/.
[65] Hansons' Website – Locations, https://hansons.com/locations/hub/.
[66] Michigan, Business Registry, *Hansons Holdings, LLC (File No. 801432754)*, https://mibusinessregistry.lara.state.mi.us/search/business.

102.    Hansons is a provider of windows, roofing, siding, patio doors, gutter, tubs, and showers.[67]

103.    In October 2017, Huron Capital acquired a controlling equity stake in Hansons.[68]

104.    In 2018, Huron Capital, through Hansons, acquired American Exteriors.[69]

105.    On information and belief, Defendant Hansons and American Exteriors remained majority owned and/or controlled by Huron Capital at the time of Hansons' First Draw and Second Draw PPP loan applications.

106.    Hansons remains a current portfolio holding of Huron Capital.[70]

### 6. DEFENDANT DRAKE AUTOMOTIVE GROUP, LLC

107.    Defendant Drake Automotive Group, LLC ("Drake Automotive") is a Delaware limited liability company with its principal place of business located in Henderson, Nevada.[71]

108.    Drake Automotive can be validly served with process at 251 Little Falls Drive, Wilmington, DE 19808.[72]

109.    Drake Automotive is a designer and distributor of branded automotive aftermarket products serving the classic car, off-road, and late model "muscle car" markets.[73] Drake

---

[67] Hansons' Website – Home, https://hansons.com/.

[68] Huron Capital, *Huron Capital Completes First Investment in Latest Buyout Fund*, October 23, 2017, https://www.huroncapital.com/news/huron-capital-completes-first-investment-latest-buyout-fund/; Crain's Detroit Business, *Huron Capital acquires interest in Hansons*, October 22, 2017, https://www.crainsdetroit.com/article/20171022/news/642681/huron-capital-acquires-interest-in-hansons.

[69] Huron Capital, *Huron Capital is off to the Races!*, https://www.huroncapital.com/news/huron-capital-is-off-to-the-races/.

[70] Huron Capital's Website – Hansons, https://www.huroncapital.com/portfolio/hansons/.

[71] Huron Capital, *Huron Completes Recapitalization of Drake Automotive Group*, January 11, 2016, https://www.huroncapital.com/news/huron-completes-recapitalization-of-drake-automotive-group/.

[72] Delaware, Division of Corporations, *Drake Automotive Group, LLC (File No. 5913727)*, https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.

[73] Huron Capital, *Huron Completes Recapitalization of Drake Automotive Group*, January 11, 2016, https://www.huroncapital.com/news/huron-completes-recapitalization-of-drake-automotive-group/.

20

Automotive was acquired by Huron Capital on or around January 2016 and turned into a platform investment initiated, owned and controlled by Huron Capital.[74]

110.    Prior to 2020, Huron Capital, through Drake Automotive, acquired numerous add-on companies, including:

    a.   Fender Gripper Inc., acquired on or around November 18, 2016;[75]

    b.   Carroll Shelby Wheel Company, acquired before May 11, 2018;[76]

    c.   OG Innovations, acquired before May 11, 2018;[77]

    d.   Proforged, acquired on or around May 11, 2018;[78]

    e.   DV8 offroad, acquired on or around June 19, 2018;[79] and

    f.   Addictive Desert Designs, acquired on or around December 18, 2018.[80]

111.    On information and belief, Defendant Drake Automotive, along with its add-on companies, as listed in ¶ 109, *supra*, remained majority owned and/or controlled by Huron Capital at the time of Drake Automotive's First Draw PPP loan application.

---

[74] Huron Capital, *Huron Completes Recapitalization of Drake Automotive Group*, January 11, 2016, https://www.huroncapital.com/news/huron-completes-recapitalization-of-drake-automotive-group/; Huron Capital, *Huron Capital's Drake Automotive Platform Completes Fourth Add-on Acquisition*, May 11, 2018, https://www.huroncapital.com/news/huron-capitals-drake-automotive-platform-completes-fourth-add-on-acquisition/.

[75] PR Newswire, *Huron Capital's Drake Automotive Group Acquires Fender Gripper*, November 18, 2016, https://www.prnewswire.com/news-releases/huron-capitals-drake-automotive-group-acquires-fender-gripper-300366091.html.

[76] Huron Capital, *Huron Capital's Drake Automotive Platform Completes Fourth Add-on Acquisition*, May 11, 2018, https://www.huroncapital.com/news/huron-capitals-drake-automotive-platform-completes-fourth-add-on-acquisition/.

[77] Huron Capital, *Huron Capital's Drake Automotive Platform Completes Fourth Add-on Acquisition*, May 11, 2018, https://www.huroncapital.com/news/huron-capitals-drake-automotive-platform-completes-fourth-add-on-acquisition/.

[78] Huron Capital, *Huron Capital's Drake Automotive Platform Completes Fourth Add-on Acquisition*, May 11, 2018, https://www.huroncapital.com/news/huron-capitals-drake-automotive-platform-completes-fourth-add-on-acquisition/.

[79] Huron Capital, *Huron Capital's Drake Automotive Platform Completes Fifth Add-on*, June 19, 2018, https://www.huroncapital.com/news/huron-capitals-drake-automotive-platform-completes-fifth-add-on/.

[80] PR Newswire, *Huron Capital's Drake Automotive Platform Completes Sixth Add-on*, December 18, 2018, https://www.prnewswire.com/news-releases/huron-capitals-drake-automotive-platform-completes-sixth-add-on-300767662.html.

21

112.    Drake Automotive remains a current portfolio holding of Huron Capital.[81]

### 7.    DEFENDANT INTERVISION SYSTEMS, LLC

113.    Defendant InterVision Systems, LLC ("InterVision") is a Delaware limited liability company with its principal place of business located in Santa Clara, California.[82]

114.    InterVision can be validly served with process at 838 Walker Road, Suite 21-2, Dover, DE 19904.[83]

115.    InterVision is a managed services provider, delivering, and supporting complex IT solutions for mid-to-enterprise and public sector organizations.[84] InterVision was acquired by Huron Capital on or around May 19, 2016.[85]

116.    Prior to 2020, Huron Capital, through InterVision, acquired numerous add-on companies, including:

    a.    Netelligent Corporation, acquired on or around June 7, 2017;[86]

    b.    Independent Technology Group, acquired on or around December 1, 2017;[87]

    c.    Bluelock, LLC, acquired on or around March 15, 2018;[88]

    d.    Infiniti Consulting Group, LLC, acquired on or around September 11, 2018;[89]

---

[81] Huron Capital's Website – Horsepower Automotive Group, https://www.huroncapital.com/portfolio/hpag/.

[82] InterVision's Website – Contact, https://intervision.com/contact/.

[83] Delaware, Division of Corporations, *InterVision Systems, LLC (File No. 6021983)*, https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.

[84] InterVision's LinkedIn – About, https://www.linkedin.com/company/intervisionsystems/about/.

[85] Huron Capital, *Huron Enters IT Integration Sector with Investment in InterVision Systems*, May 19, 2016, https://www.huroncapital.com/news/huron-enters-it-integration-sector-with-investment-in-intervision-systems/.

[86] InterVision, *InterVision and Netelligent Merge*, June 7, 2017, https://intervision.com/press-release-intervision-netelligent-merge/.

[87] InterVision, *InterVision Continues Expansion with Acquisition of Independent Technology Group (ITG)*, December 1, 2017, https://intervision.com/press-release-intervision-continues-expansion-acquisition-independent-technology-group-itg/.

[88] InterVision, *InterVision Acquires DRaaS Leader, Bluelock*, March 15, 2018, https://intervision.com/press-release-bluelock/.

[89] InterVision, *InterVision Acquires Infiniti*, September 11, 2018, https://intervision.com/press-release-intervision-acquires-infiniti/.

e.   SeyVu, acquired on or around September 24, 2019;[90] and

f.   Fotis Networks LLC, acquired on or around October 3, 2019.[91]

117.   On information and belief, Defendant InterVision, along with its add-on companies, as listed in ¶ 115, *supra*, remained majority owned and/or controlled by Huron Capital at the time of InterVision's First Draw PPP loan application.

118.   On or around October 6, 2020, after InterVision's approval for a First Draw PPP loan, MidOcean Partners, acquired a "significant majority investment" in InterVision, with Huron Capital retaining a minority interest in the entity.[92]

### 8.   DEFENDANT NETELLIGENT CORPORATION

119.   Defendant Netelligent Corporation ("Netelligent") is a Delaware corporation with its principal place of business located in St. Louis, Missouri.[93]

120.   Netelligent can be validly served with process at 838 Walker Road, Suite 21-2, Dover, DE 19904.[94]

121.   Netelligent is an IT services and consulting company.[95] As evident in ¶ 115, *supra*, Netelligent was acquired by Huron Capital, through InterVision, on or around June 7, 2017.

122.   As evident in ¶ 115, *supra*, Netelligent was one of numerous add-on companies, acquired by Huron Capital, through InterVision, prior to 2020.

---

[90] InterVision, *InterVision Acquires SeyVu*, September 24, 2019, https://intervision.com/press-release-intervision-acquires-seyvu/.

[91] InterVision, *InterVision Acquires Fotis Networks*, October 3, 2019, https://intervision.com/press-release-intervision-acquires-fotis-networks/.

[92] MidOcean Partners, *MidOcean Partners Makes Significant Majority Investment in InterVision*, October 6, 2020, https://www.midoceanpartners.com/news-media/2020-10-06-midocean-partners-makes-significant-majority-investment-in-intervision.

[93] Netelligent's LinkedIn – About, https://www.linkedin.com/company/netelligent/about/.

[94] Delaware, Division of Corporations, *Netelligent Corporation (File No. 3653127)*, https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.

[95] Netelligent's LinkedIn – About, https://www.linkedin.com/company/netelligent/about/.

123.    On information and belief, Defendant Netelligent, along with InterVision's add-on companies, as listed in ¶ 115, *supra*, remained majority owned and/or controlled by Huron Capital at the time of Netelligent's First Draw PPP loan application.

124.    On or around October 6, 2020, after Netelligent's approval for a First Draw PPP loan, MidOcean Partners, acquired a "significant majority investment" in InterVision and its add-on companies, with Huron Capital retaining a minority interest in the entity.[96]

### 9. DEFENDANT BLUELOCK, LLC

125.    Defendant Bluelock, LLC ("Bluelock") is an Indiana corporation with its principal place of business located in Indianapolis, Indiana.[97]

126.    Bluelock can be validly served with process at 334 North Senate Avenue, Indianapolis, IN 46204.[98]

127.    Bluelock is a provider of disaster recovery as a service and infrastructure as a service solutions.[99] As evident in ¶ 115, *supra*, Bluelock was acquired by Huron Capital, through InterVision, on or around March 15, 2018.

128.    As evident in ¶ 115, *supra*, Bluelock was one of numerous add-on companies, acquired by Huron Capital, through InterVision, prior to 2020.

129.    On information and belief, Defendant Bluelock, along with InterVision's add-on companies, as listed in ¶ 115, *supra*, remained majority owned and/or controlled by Huron Capital at the time of Bluelock's First Draw PPP loan application.

---

[96] MidOcean Partners, *MidOcean Partners Makes Significant Majority Investment in InterVision*, October 6, 2020, https://www.midoceanpartners.com/news-media/2020-10-06-midocean-partners-makes-significant-majority-investment-in-intervision.
[97] InterVision, *InterVision Acquires DRaaS Leader, Bluelock*, March 15, 2018, https://intervision.com/press-release-bluelock/.
[98] Indiana, Secretary of State, *Bluelock, LLC (File No. 2006063000537)*, https://bsd.sos.in.gov/publicbusinesssearch.
[99] InterVision, *InterVision Acquires DRaaS Leader, Bluelock*, March 15, 2018, https://intervision.com/press-release-bluelock/.

130.    On or around October 6, 2020, after Bluelock's approval for a First Draw PPP loan, MidOcean Partners, acquired a "significant majority investment" in InterVision and its add-on companies, with Huron Capital retaining a minority interest in the entity.[100]

### 10. DEFENDANT INFINITI CONSULTING GROUP, LLC

131.    Defendant Infiniti Consulting Group, LLC ("Infiniti Consulting") is a Delaware limited liability company with its principal place of business located in Santa Clara, California.[101]

132.    Infiniti Consulting can be validly served with process at 838 Walker Road, Suite 21-2, Dover, DE 19904.[102]

133.    Infiniti Consulting is a provider of cloud services and IT consulting.[103] As evident in ¶ 115, *supra*, Infiniti Consulting was acquired by Huron Capital, through InterVision, on or around September 11, 2018.

134.    As evident in ¶ 115, *supra*, Infiniti Consulting was one of numerous add-on companies, acquired by Huron Capital, through InterVision, prior to 2020.

135.    On information and belief, Defendant Infiniti Consulting, along with InterVision's add-on companies, as listed in ¶ 115, *supra*, remained majority owned and/or controlled by Huron Capital at the time of Infiniti Consulting's First Draw PPP loan application.

---

[100] MidOcean Partners, *MidOcean Partners Makes Significant Majority Investment in InterVision*, October 6, 2020, https://www.midoceanpartners.com/news-media/2020-10-06-midocean-partners-makes-significant-majority-investment-in-intervision.

[101] InterVision, *InterVision Acquires Infiniti*, September 11, 2018, https://intervision.com/press-release-intervision-acquires-infiniti/.

[102] Delaware, Division of Corporations, *Infiniti Consulting Group, LLC (File No. 7035963)*, https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.

[103] InterVision, *InterVision Acquires Infiniti*, September 11, 2018, https://intervision.com/press-release-intervision-acquires-infiniti/.

136.    On or around October 6, 2020, after Infiniti Consulting's approval for a First Draw PPP loan, MidOcean Partners, acquired a "significant majority investment" in InterVision and its add-on companies, with Huron Capital retaining a minority interest in the entity.[104]

### 11. DEFENDANT FOTIS NETWORKS LLC

137.    Defendant Fotis Networks LLC ("Fotis Networks") is a Massachusetts limited liability company with its principal place of business located in Boston, Massachusetts.[105]

138.    Fotis Networks can be validly served with process at 838 Walker Road, Suite 21-2, Dover, DE 19904.[106]

139.    Fotis Networks is a provider of cloud services and IT consulting.[107] As evident in ¶ 115, *supra*, Fotis Networks was acquired by Huron Capital, through InterVision, on or around October 3, 2019.

140.    As evident in ¶ 115, *supra*, Fotis Networks was one of numerous add-on companies, acquired by Huron Capital, through InterVision, prior to 2020.

141.    On information and belief, Defendant Fotis Networks, along with InterVision's add-on companies, as listed in ¶ 115, *supra*, remained majority owned and/or controlled by Huron Capital at the time of Fotis Networks' First Draw PPP loan application.

---

[104] MidOcean Partners, *MidOcean Partners Makes Significant Majority Investment in InterVision*, October 6, 2020, https://www.midoceanpartners.com/news-media/2020-10-06-midocean-partners-makes-significant-majority-investment-in-intervision.

[105] InterVision, *InterVision Acquires Fotis Networks*, October 3, 2019, https://intervision.com/press-release-intervision-acquires-fotis-networks/.

[106] Massachusetts, Corporations Division, *Fotis Networks LLC (File No. 261734992)*, https://corp.sec.state.ma.us/corpweb/CorpSearch/CorpSearch.aspx.

[107] InterVision, *InterVision Acquires Fotis Networks*, October 3, 2019, https://intervision.com/press-release-intervision-acquires-fotis-networks/.

142.    On or around October 6, 2020, after Fotis Networks' approval for a First Draw PPP loan, MidOcean Partners, acquired a "significant majority investment" in InterVision and its add-on companies, with Huron Capital retaining a minority interest in the entity.[108]

### 12. DEFENDANT LAB CRAFTERS, INC.

143.    Defendant Lab Crafters, Inc. ("Lab Crafters") is a New York corporation with its principal place of business located in Ronkonkoma, New York.[109]

144.    Lab Crafters can be validly served with process at 40600 Ann Arbor Road East, Suite 201, Plymouth, MI 48170.[110]

145.    Lab Crafters is a provider of laboratory solutions for pharmaceutical, life science, and medical research organizations worldwide.[111] On or around March 3, 2020, Huron Capital acquired Lab Crafters.[112]

146.    On information and belief, Defendant Lab Crafters remained majority owned and/or controlled by Huron Capital at the time of Lab Crafters' First Draw PPP loan application.

147.    Lab Crafters remains a current portfolio holding of Huron Capital.[113]

### 13. DEFENDANT PUEBLO MECHANICAL AND CONTROLS, LLC

148.    Defendant Pueblo Mechanical and Controls, LLC ("Pueblo Mechanical") is a Delaware limited liability company with its principal place of business located in Tuscon, Arizona.[114]

---

[108] MidOcean Partners, *MidOcean Partners Makes Significant Majority Investment in InterVision*, October 6, 2020, https://www.midoceanpartners.com/news-media/2020-10-06-midocean-partners-makes-significant-majority-investment-in-intervision.

[109] Lab Crafters' LinkedIn – About, https://www.linkedin.com/company/lab-crafters-inc./about/.

[110] New York, Division of Corporations, *Lab Crafters, Inc. (File No. 1441187)*, https://apps.dos.ny.gov/publicInquiry/.

[111] Lab Crafters' LinkedIn – About, https://www.linkedin.com/company/lab-crafters-inc./about/.

[112] Huron Capital, *Huron Capital Completes Acquisition of Lab Crafters*, March 3, 2020, https://www.huroncapital.com/news/huron-capital-completes-acquisition-of-lab-crafters/.

[113] Huron Capital's Website – Lab Crafters, https://www.huroncapital.com/portfolio/lab-crafters/.

[114] Pueblo Mechanical's Website – Contact, https://pueblo-mechanical.com/why-pueblo/contact-us/.

149.    Pueblo Mechanical can be validly served with process at 1209 Orange Street, Wilmington, DE 19801.[115]

150.    Pueblo Mechanical is one of Arizona's largest mechanical contractors, performing installations, maintenance, and repair services for educational, government, industrial, commercial, and healthcare facilities throughout Arizona.[116] Pueblo Mechanical was acquired by Huron Capital in December 2017 and turned into a platform investment initiated, owned and controlled by Huron Capital.[117]

151.    Prior to 2020, Huron Capital, through Pueblo Mechanical, acquired numerous add-on companies, including:

    a.  Commercial Air, Inc., acquired on or around January 2, 2019;[118]

    b.  Newgaard Mechanical Inc., acquired on or around January 29, 2019;[119]

    c.  CFM Mechanical LLC, acquired on or around January 29, 2019;[120]

    d.  Westover Corporation, acquired on or around May 20, 2019;[121]

    e.  Niemeyer Brothers Plumbing, acquired on or around November 18, 2019;[122] and

---

[115] Delaware, Division of Corporations, *Pueblo Mechanical and Controls, LLC (File No. 7437767)*, https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.

[116] Pueblo Mechanical's LinkedIn – About, https://www.linkedin.com/company/pueblomechanical/about/.

[117] Huron Capital, *Huron Capital's Pueblo Mechanical & Controls ExecFactor® Platform Completes Sixth Add-on Acquisition*, November 18, 2019, https://www.huroncapital.com/news/huron-capitals-pueblo-mechanical-controls-execfactor-platform-completes-sixth-add-on-acquisition/.

[118] PR Newswire, *Huron Capital's Pueblo Mechanical & Controls Completes Add-on Acquisition*, January 2, 2019, https://www.prnewswire.com/news-releases/huron-capitals-pueblo-mechanical--controls-completes-add-on-acquisition-300771836.html.

[119] Huron Capital, *Huron Capital's Pueblo Mechanical & Controls Completes Second and Third Add-on Acquisitions*, January 29, 2019, https://www.huroncapital.com/news/huron-capitals-pueblo-mechanical-controls-completes-second-and-third-add-on-acquisitions/.

[120] Huron Capital, *Huron Capital's Pueblo Mechanical & Controls Completes Second and Third Add-on Acquisitions*, January 29, 2019, https://www.huroncapital.com/news/huron-capitals-pueblo-mechanical-controls-completes-second-and-third-add-on-acquisitions/.

[121] Huron Capital, *Huron Capital's Pueblo Mechanical & Controls ExecFactor® Platform Completes Fourth Add-on*, May 20, 2019, https://www.huroncapital.com/news/huron-capitals-pueblo-mechanical-controls-execfactor-platform-completes-fourth-add-on/.

[122] Contractor Mag, *Pueblo Mechanical Acquires Niemeyer Brothers Plumbing*, November 18, 2019, https://www.contractormag.com/plumbing/plumbing-contractor/article/20884340/pueblo-mechanical-acquires-niemeyer-brothers-plumbing.

28

    f.   Innovative Mechanical Systems, acquired in 2019.[123]

152.    On information and belief, Defendant Pueblo Mechanical, along with its add-on companies, as listed in ¶ 150, *supra*, remained majority owned and/or controlled by Huron Capital at the time of Pueblo Mechanical's First Draw PPP loan application.

153.    On or around August 24, 2022, Huron Capital sold its majority interest in Pueblo Mechanical to OMERS Private Equity.[124]

### 14. DEFENDANT RONNOCO COFFEE, LLC

154.    Defendant Ronnoco Coffee, LLC ("Ronnoco Coffee") is a Delaware limited liability company with its principal place of business located in St. Louis, Missouri.[125]

155.    Ronnoco Coffee can be validly served with process at 251 Little Falls Drive, Wilmington, DE 19808.[126]

156.    Ronnoco Coffee delivers full-service beverage solutions to businesses across the United States.[127] Ronnoco Coffee was acquired by Huron Capital in 2012.[128]

157.    Prior to 2020, Huron Capital, through Ronnoco Coffee, acquired numerous add-on companies, including:

    a.   International Blends, acquired on or around April 18, 2013;[129]

---

[123] Achr News, *Mergers, Acquisitions, Name Changes*, Page 17,
https://www.achrnews.com/ext/resources/2021/Mergers-Acquisitions-Name-Changes-2021.pdf
[124] Huron Capital, *Huron Capital Completes the Sale of Pueblo Mechanical & Controls*, August 24, 2022,
https://www.huroncapital.com/news/huron-capital-completes-the-sale-of-pueblo-mechanical-controls/.
[125] Ronnoco Coffee's LinkedIn – About, https://www.linkedin.com/company/ronnoco-coffee/about/.
[126] Delaware, Division of Corporations, *Ronnoco Coffee, LLC (File No. 5178270)*,
https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.
[127] Ronnoco Coffee's LinkedIn – About, https://www.linkedin.com/company/ronnoco-coffee/about/.
[128] Huron Capital, *Ronnoco Coffee Acquires U.S. Roasterie*, February 11, 2015,
https://www.huroncapital.com/news/ronnoco-coffee-acquires-u-s-roasterie/.
[129] Daily Coffee News, *St. Louis-Based Ronnoco Coffee Acquires Nearby International Blends*, April 18, 2013,
https://dailycoffeenews.com/2013/04/18/st-louis-based-ronnoco-coffee-acquires-nearby-international-blends/.

b.  Henderson Coffee, acquired on or around November 5, 2013;[130]

c.  Love Bottling Co., acquired on or around February 4, 2014;[131]

d.  Biff's Coffee Roasting Co., acquired on or around November 15, 2014;[132]

e.  U.S. Roasterie, Inc., acquired on or around February 11, 2015;[133]

f.  Black Waters Coffee, acquired on or around July 19, 2016;[134]

g.  Beverage by Quench, acquired before July 20, 2016;[135] and

h.  Beverage Solutions Group, acquired on or around March 12, 2019.[136]

158.    On information and belief, Defendant Ronnoco Coffee, along with its add-on companies, as listed in ¶ 156, *supra*, remained majority owned and/or controlled by Huron Capital at the time of Ronnoco Coffee's First Draw PPP loan application.

159.    Ronnoco Coffee remains a current portfolio holding of Huron Capital.[137]

### 15. DEFENDANT SCIENS BUILDING SOLUTIONS, LLC

160.    Defendant Sciens Building Solutions, LLC ("Sciens Building") is a Delaware limited liability company with its principal place of business located in Pleasanton, California.[138]

---

[130] Daily Coffee News, *St. Louis-Based Ronnoco Coffee Acquires 89-Year-Old Henderson Coffee*, November 5, 2013, https://dailycoffeenews.com/2013/11/05/st-louis-based-ronnoco-coffee-acquires-89-year-old-henderson-coffee/.

[131] Vending Marketwatch, *Ronnoco Coffee Acquires Oklahoma Distributor*, February 4, 2014, https://www.vendingmarketwatch.com/coffee-service/news/11305252/ronnoco-coffee-acquires-oklahoma-distributor.

[132] PitchBook, *Biff's Coffee Roasting Co.*, https://pitchbook.com/profiles/company/109409-50#funding.

[133] Huron Capital, *Ronnoco Coffee Acquires U.S. Roasterie*, February 11, 2015, https://www.huroncapital.com/news/ronnoco-coffee-acquires-u-s-roasterie/.

[134] PE Hub, *Huron Capital's Ronnoco buys Black Waters Coffee*, https://www.pehub.com/3344190/.

[135] International Comunicaffe, *Ronnoco acquires Black Waters Coffee Company*, July 20, 2016, https://www.comunicaffe.com/ronnoco-acquires-black-waters-coffee-company/.

[136] CSP Daily News, *Ronnoco Buys Beverage Solutions Group*, March 12, 2019, https://www.cspdailynews.com/foodservice/ronnoco-buys-beverage-solutions-group.

[137] Huron Capital's Website – Ronnoco Coffee, https://www.huroncapital.com/portfolio/ronnoco-beverage-solutions/.

[138] Sciens Building's Website – San Francisco, https://www.sciensusa.com/service-area/san-francisco-ca/.

161.     Sciens Building can be validly served with process at 251 Little Falls Drive, Wilmington, DE 19808.[139]

162.     Sciens Building offers fire protection services and security systems across the United States.[140] Sciens Building was formed by Huron Capital in September 2016 and turned into a platform investment initiated, owned and controlled by Huron Capital.[141]

163.     Prior to 2020, Huron Capital, through Sciens Building, acquired numerous add-on companies, including:

   a.   WSA Systems-Boca, Inc., acquired on or around September 6, 2016;[142]

   b.   W.W. Gay Fire & Integrated Systems, acquired on or around February 22, 2017;[143]

   c.   Sabah International, Inc., acquired on or around July 18, 2017;[144]

   d.   Empire Electric, Maintenance, and Service and Empire Fire Safety, acquired on or around March 7, 2019;[145]

   e.   Critical System Solutions, acquired on or around July 22, 2019;[146] and

   f.   SmartWatch Security & Sound, acquired on or around October 14, 2019.[147]

---

[139] Delaware, Division of Corporations, *Sciens Building Solutions, LLC (File No. 5805340)*, https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.

[140] Sciens Building's Website – San Francisco, https://www.sciensusa.com/service-area/san-francisco-ca/.

[141] Huron Capital, *Huron Capital's Sciens Building Solutions Completes Another Acquisition*, July 20, 2017, https://www.huroncapital.com/news/huron-capitals-sciens-building-solutions-completes-another-acquisition/.

[142] PR Newswire, *Huron Capital Partners' Sciens Building Solutions Acquires WSA Systems-Boca*, September 6, 2016, https://www.prnewswire.com/news-releases/huron-capital-partners-sciens-building-solutions-acquires-wsa-systems-boca-300323055.html.

[143] Sciens Building, *Sciens Building Solutions Acquires W.W. Gay Fire & Integrated Systems*, February 22, 2017, https://www.sciensusa.com/news/sciens_building_solutions_acquires_w-w-_gay_fire_integrated_systems/.

[144] PR Newswire, *Huron Capital's Sciens Building Solutions Completes Third Acquisition*, July 18, 2017, https://www.prnewswire.com/news-releases/huron-capitals-sciens-building-solutions-completes-third-acquisition-300490093.html.

[145] Huron Capital, *Huron Capital's Sciens Building Solutions Completes Latest Add-on Acquisition*, March 7, 2019, https://www.huroncapital.com/news/huron-capitals-sciens-building-solutions-completes-fourth-add-on-acquisition/.

[146] Sciens Building, *Sciens Building Solutions Acquires Critical System Solutions*, July 22, 2019, https://www.sciensusa.com/news/sciens-acquires-critical-system-solutions/.

[147] Mergr, *Sciens Building Solutions Acquires SmartWatch Security & Sound*, https://mergr.com/transaction/sciens-building-solutions-acquires-smartwatch-security-sound.

31

164.    On information and belief, Defendant Sciens Building, along with its add-on companies, as listed in ¶ 162, *supra*, remained majority owned and/or controlled by Huron Capital at the time of Sciens Building's First Draw PPP loan application.

165.    On or around November 10, 2021, Huron Capital sold a majority equity interest in Sciens Building to Carlyle, with Huron Capital retaining a minority equity interest in the entity.[148]

### 16. DEFENDANT SOCK AND ACCESSORY BRANDS GLOBAL LLC

166.    Defendant Sock and Accessory Brands Global LLC ("Sock & Accessory") is a Delaware limited liability company with its principal place of business located in Advance, North Carolina.[149]

167.    Sock & Accessory can be validly served with process at 251 Little Falls Drive, Wilmington, DE 19808.[150]

168.    Sock & Accessory is a designer and marketer of fashion casual and athletic socks, sold principally through specialty footwear retailers, sporting goods stores, department stores, discount retailers, and mass retailers.[151] Sock & Accessory was recapitalized and acquired by Huron Capital in December 2011 and turned into a platform investment initiated, owned and controlled by Huron Capital.[152]

169.    Prior to 2020, Huron Capital, through Sock & Accessory, acquired numerous add-on companies, including:

---

[148] Carlyle, *Sciens Announces Majority Investment from Carlyle*, November 10, 2021, https://www.carlyle.com/media-room/news-release-archive/sciens-announces-majority-investment-carlyle.
[149] MapQuest, *Sock & Accessory Brands Global Inc*, https://www.mapquest.com/us/north-carolina/sock-accessory-brands-global-inc-275552242.
[150] Delaware, Division of Corporations, *Sock and Accessory Brands Global LLC (File No. 6388478)*, https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.
[151] PR Newswire, *Huron Capital Creates Apparel Accessories Platform*, December 19, 2011, https://www.prnewswire.com/news-releases/huron-capital-creates-apparel-accessories-platform-135862838.html.
[152] PR Newswire, *Huron Capital Creates Apparel Accessories Platform*, December 19, 2011, https://www.prnewswire.com/news-releases/huron-capital-creates-apparel-accessories-platform-135862838.html.

a.  Twin City Knitting Company, acquired on or around November 7, 2016;[153]

b.  TopSox, acquired before October 15, 2018;[154]

c.  IQ Brands, acquired before October 15, 2018;[155] and

d.  Wheel House Designs, acquired on or around October 15, 2018.[156]

170.  On information and belief, Defendant Sock & Accessory, along with its add-on companies, as listed in ¶ 168, *supra*, remained majority owned and/or controlled by Huron Capital at the time of Sock & Accessory's First Draw PPP loan application.

171.  Sock & Accessory remains a current portfolio holding of Huron Capital.[157]

### 17. DEFENDANT NATIONAL PAINT INDUSTRIES INC.

172.  Defendant National Paint Industries Inc. ("National Paint") is a New Jersey corporation with its principal place of business located in North Brunswick, New Jersey.[158]

173.  National Paint can be validly served with process at 199 Elizabeth Street, North Brunswick, NJ 08902.[159]

174.  National Paint is a manufacturer of high-performance specialty coatings used in residential and commercial flooring, industrial protective maintenance, pool, marine and other applications.[160] National Paint was acquired by Huron Capital on or around December 28, 2015,

---

[153] PR Newswire, *Huron Capital's SABG Acquires Twin City Knitting*, November 7, 2016, https://www.prnewswire.com/news-releases/huron-capitals-sabg-acquires-twin-city-knitting-300358035.html.
[154] Huron Capital, *Huron Capital's IQ Brands Completes Fourth Add-on Acquisition*, October 15, 2018, https://www.huroncapital.com/news/huron-capitals-iq-brands-completes-fourth-add-on-acquisition/.
[155] Huron Capital, *Huron Capital's IQ Brands Completes Fourth Add-on Acquisition*, October 15, 2018, https://www.huroncapital.com/news/huron-capitals-iq-brands-completes-fourth-add-on-acquisition/.
[156] Huron Capital, *Huron Capital's IQ Brands Completes Fourth Add-on Acquisition*, October 15, 2018, https://www.huroncapital.com/news/huron-capitals-iq-brands-completes-fourth-add-on-acquisition/.
[157] Huron Capital's Website – Twin City Knitting, https://www.huroncapital.com/portfolio/twin-city-knitting-company/.
[158] Huron Capital, *Huron's Valentus Specialty Chemicals Acquires National Paint Industries*, December 28, 2015, https://www.huroncapital.com/news/hurons-valentus-specialty-chemicals-acquires-national-paint-industries/.
[159] New Jersey, Division of Revenue & Enterprise Services, *National Paint Industries Inc. (Entity ID 0100731832)*, https://www.njportal.com/dor/businessnamesearch/.
[160] Huron Capital, *Huron's Valentus Specialty Chemicals Acquires National Paint Industries*, December 28, 2015, https://www.huroncapital.com/news/hurons-valentus-specialty-chemicals-acquires-national-paint-industries/.

33

through Valentus Specialty Chemicals, Inc. ("Valentus Specialty"), a platform investment initiated, owned and controlled by Huron Capital.[161]

175.    Prior to 2020, Huron Capital, through Valentus Specialty, acquired numerous add-on companies, including:

    a.    National Paint Industries Inc., acquired on or around December 28, 2015;[162]

    b.    Precision Technology LLC, acquired on or around April 14, 2016;[163]

    c.    Absolute Coatings, Inc., acquired on or around August 11, 2016;[164]

    d.    PoloPlaz, Inc., acquired on or around August 31, 2017;[165] and

    e.    US Coatings, Inc., acquired on or around January 5, 2018.[166]

176.    On information and belief, Defendant National Paint, Valentus Specialty, along with the add-on companies of Valentus Specialty, as listed in ¶ 174, *supra*, remained majority owned and/or controlled by Huron Capital at the time of National Paint's First Draw PPP loan application.

177.    On or around May 27, 2021, SK Capital Partners, LP acquired Valentus Specialty.[167]

---

[161] Huron Capital, *Huron's Valentus Specialty Chemicals Acquires National Paint Industries*, December 28, 2015, https://www.huroncapital.com/news/hurons-valentus-specialty-chemicals-acquires-national-paint-industries/.

[162] Huron Capital, *Huron's Valentus Specialty Chemicals Acquires National Paint Industries*, December 28, 2015, https://www.huroncapital.com/news/hurons-valentus-specialty-chemicals-acquires-national-paint-industries/.

[163] Huron Capital, *Valentus Specialty Chemicals Completes Second Acquisition*, April 14, 2016, https://www.huroncapital.com/news/valentus-specialty-chemicals-completes-second-acquisition/.

[164] PR Newswire, *Huron Capital's Valentus Specialty Chemicals Acquires Wood Floor Finishes Business*, August 11, 2016, https://www.prnewswire.com/news-releases/huron-capitals-valentus-specialty-chemicals-acquires-wood-floor-finishes-business-300312598.html.

[165] PR Newswire, *Huron Capital's Valentus Specialty Chemicals Completes Fourth Acquisition*, August 31, 2017, https://www.prnewswire.com/news-releases/huron-capitals-valentus-specialty-chemicals-completes-fourth-acquisition-300512547.html.

[166] Huron Capital, *Huron Capital's Valentus Specialty Chemicals Platform Investment Completes Fifth Acquisition*, January 5, 2018, https://www.huroncapital.com/news/huron-capitals-valentus-specialty-chemicals-platform-investment-completes-fifth-acquisition/.

[167] Businesswire, *SK Capital Announces Acquisition of Canlak and Valentus Specialty Chemicals*, May 27, 2021, https://www.businesswire.com/news/home/20210527005288/en/SK-Capital-Announces-Acquisition-of-Canlak-and-Valentus-Specialty-Chemicals.

**18. DEFENDANT POLOPLAZ, INC.**

178. Defendant PoloPlaz, Inc. ("PoloPlaz") is a Delaware corporation with its principal place of business located in North Brunswick, New Jersey.[168]

179. PoloPlaz can be validly served with process at 1209 Orange Street, Wilmington, DE 19801.[169]

180. PoloPlaz manufactures high performance wood floor coatings for gymnasium and residential applications.[170] As evident in ¶ 174, *supra*, PoloPlaz was acquired by Huron Capital, through Valentus Specialty, on or around August 31, 2017.

181. As evident in ¶ 174, *supra*, PoloPlaz was one of numerous add-on companies, acquired by Huron Capital, through Valentus Specialty, prior to 2020.

182. On information and belief, Defendant PoloPlaz, Valentus Specialty, along with the add-on companies of Valentus Specialty, as listed in ¶ 174, *supra*, remained majority owned and/or controlled by Huron Capital at the time of PoloPlaz's First Draw PPP loan application.

183. On or around May 27, 2021, SK Capital Partners, LP acquired Valentus Specialty.[171]

**19. DEFENDANT NORTHWEST PALLET SERVICES, LLC**

184. Defendant Northwest Pallet Services, LLC ("Northwest Pallet") is a Delaware limited liability company with its principal place of business located in Schaumburg, Illinois.[172]

---

[168] PoloPlaz's Website – Home, https://canlakcoatings.com/poloplaz/.

[169] Delaware, Division of Corporations, *PoloPlaz, Inc. (File No. 6484489)*, https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.

[170] PR Newswire, *Huron Capital's Valentus Specialty Chemicals Completes Fourth Acquisition*, August 31, 2017, https://www.prnewswire.com/news-releases/huron-capitals-valentus-specialty-chemicals-completes-fourth-acquisition-300512547.html.

[171] Businesswire, *SK Capital Announces Acquisition of Canlak and Valentus Specialty Chemicals*, May 27, 2021, https://www.businesswire.com/news/home/20210527005288/en/SK-Capital-Announces-Acquisition-of-Canlak-and-Valentus-Specialty-Chemicals.

[172] Huron Capital, *Huron Capital Merges Northwest Pallet Services and Prime Woodcraft*, September 9, 2019, https://www.huroncapital.com/news/huron-capital-merges-northwest-pallet-services-and-prime-woodcraft/.

185.    Northwest Pallet can be validly served with process at 1209 Orange Street, Wilmington, DE 19801.[173]

186.    Northwest Pallet is a pallet solutions company with more than 35 years of experience in recycling, manufacturing and repairing new and used pallets of various shapes and sizes.[174] Northwest Pallet was acquired by Huron Capital on or around September 31, 2019 alongside Prime Woodcraft Inc.[175]

187.    On information and belief, Defendant Northwest Pallet, along with Prime Woodcraft Inc., remained majority owned and/or controlled by Huron Capital at the time of Northwest Pallet's First Draw PPP loan application.

188.    On information and belief, Northwest Pallet remains a current portfolio holding of Huron Capital.[176]

### 20. HURON CAPITAL PARTNERS LLC AND ITS AFFILIATES

189.    On information and belief, Defendants, along with the entities listed in ¶ 75, ¶ 78, ¶ 80, ¶ 86, ¶ 92, ¶ 97, ¶ 103, ¶ 109, ¶ 115, ¶ 144, ¶ 150, ¶ 156, ¶ 162, ¶ 168, ¶ 174, and ¶ 185, *supra*, were majority owned and/or controlled by Huron Capital at the time of Defendants' First Draw and/or Second Draw PPP loan applications, qualifying the listed entities as "affiliates" for purposes of the PPP Loan program under one or more of the alternative definitions provided in 13 C.F.R. § 121.301(f).

---

[173] Delaware, Division of Corporations, *Northwest Pallet Services, LLC (File No. 5902298)*, https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.

[174] Huron Capital, *Huron Capital Merges Northwest Pallet Services and Prime Woodcraft*, September 9, 2019, https://www.huroncapital.com/news/huron-capital-merges-northwest-pallet-services-and-prime-woodcraft/.

[175] Huron Capital, *Huron Capital Merges Northwest Pallet Services and Prime Woodcraft*, September 9, 2019, https://www.huroncapital.com/news/huron-capital-merges-northwest-pallet-services-and-prime-woodcraft/.

[176] Huron Capital's Website – Prime 360, https://www.huroncapital.com/portfolio/prime-360/.

B.      ALBIREO ENERGY'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN

190.    In 2020, Albireo Energy submitted a borrower application for a First Draw PPP loan.

191.    Albireo Energy submitted its borrower application, SBA Form 2483, to JPMorgan Chase Bank at 1111 Polaris Parkway, Columbus, OH 43240.

192.    In its SBA Form 2483, Albireo Energy listed its address as 3 Ethel Road, Edison, NJ 08817.

193.    In its SBA Form 2483, Albireo Energy certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

194.    In its SBA Form 2483, Albireo Energy represented that it and its affiliates had 500 employees—under the 500-employee limit needed to be eligible to apply.

195.    Albireo Energy's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Albireo Energy and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) revenues far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

196.    Albireo Energy deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Albireo Energy signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

197.    On or about April 14, 2020, Albireo Energy was approved for a First Draw PPP loan in the amount of $10,000,000 by lender JPMorgan Chase Bank.

37

198.   The U.S. government paid lender JPMorgan Chase Bank a lender's processing fee of 1% of the $10,000,000 loan, in the amount of $100,000.[177]

199.   On or about January 26, 2023, the U.S. government forgave 100% of Albireo Energy's First Draw PPP loan, plus interest, in the amount of $10,276,577.78.

### C.   LM FOODS' FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN

200.   In 2020, LM Foods submitted a borrower application for a First Draw PPP loan.

201.   LM Foods submitted its borrower application, SBA Form 2483, to BMO Bank at 320 South Canal Street, Chicago, IL 60606.

202.   In its SBA Form 2483, LM Foods listed its address as 100 Raskulinecz Road, Carteret, NJ 07008.

203.   In its SBA Form 2483, LM Foods certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

204.   In its SBA Form 2483, LM Foods represented that it and its affiliates had 77 employees—under the 500-employee limit needed to be eligible to apply.

205.   LM Foods' certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. LM Foods and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) an employee count far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

206.   LM Foods deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. LM Foods signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

---

[177] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

207. On or about April 15, 2020, LM Foods was approved for a First Draw PPP loan in the amount of $794,500 by lender BMO Bank.

208. The U.S. government paid lender BMO Bank a lender's processing fee of 3% of the $794,500 loan, in the amount of $23,835.[178]

209. On or about January 26, 2023, the U.S. government forgave 100% of LM Foods' First Draw PPP loan, plus interest, in the amount of $803,533.36.

**D.     DIRECT CONNECT'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN**

210. In 2020, Direct Connect submitted a borrower application for a First Draw PPP loan.

211. Direct Connect submitted its borrower application, SBA Form 2483, to Regions Bank at 1900 Fifth Avenue North, Birmingham, AL 35203.

212. In its SBA Form 2483, Direct Connect listed its address as 314 West Michigan Street, Indianapolis, IN 46202.

213. In its SBA Form 2483, Direct Connect certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

214. In its SBA Form 2483, Direct Connect represented that it and its affiliates had 137 employees—under the 500-employee limit needed to be eligible to apply.

215. Direct Connect's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Direct Connect and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) revenues far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

---

[178] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

216.    Direct Connect deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Direct Connect signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

217.    On or about April 30, 2020, Direct Connect was approved for a First Draw PPP loan in the amount of $1,972,900 by lender Regions Bank.

218.    The U.S. government paid lender Regions Bank a lender's processing fee of 3% of the $1,972,900 loan, in the amount of $59,187.[179]

219.    On or about January 26, 2023, the U.S. government forgave 100% of Direct Connect's First Draw PPP loan, plus interest, in the amount of $1,995,223.50.

E.    HANSONS' FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN

220.    In 2020, Hansons submitted a borrower application for a First Draw PPP loan.

221.    Hansons submitted its borrower application, SBA Form 2483, to First Merchants Bank at 200 East Jackson Street, Muncie, IN 47305.

222.    In its SBA Form 2483, Hansons listed its address as 977 East 14 Mile Road, Troy, MI 48083.

223.    In its SBA Form 2483, Hansons certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

224.    In its SBA Form 2483, Hansons represented that it and its affiliates had 282 employees—under the 500-employee limit needed to be eligible to apply.

225.    Hansons' certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Hansons and its affiliates had (1) far more than 500 employees in 2019

---

[179] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

and 2020; (2) an employee count far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

226.    Hansons deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Hansons signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

227.    On or about April 27, 2020, Hansons was approved for a First Draw PPP loan in the amount of $2,481,100 by lender First Merchants Bank.

228.    The U.S. government paid lender First Merchants Bank a lender's processing fee of 1% of the $2,481,100 loan, in the amount of $24,811.[180]

229.    On or about November 2, 2021, the U.S. government forgave 100% of Hansons' First Draw PPP loan, plus interest, in the amount of $2,508,154.19.

### F.    HANSONS' FALSE STATEMENT TO OBTAIN A SECOND DRAW PPP LOAN

230.    In 2021, Hansons applied for a Second Draw PPP loan.

231.    Hansons submitted its borrower application form, SBA Form 2483-SD, to First Merchants Bank at 200 East Jackson Street, Muncie, IN 47305.

232.    In its SBA Form 2483-SD, Hansons listed its address as 977 East 14 Mile Road, Troy, MI 48083.

233.    In its SBA Form 2483-SD, Hansons represented that it and its affiliates had 282 employees—under the 300-employee limit needed to be eligible to apply.

234.    Hansons' representation in SBA Form 2483-SD regarding the total number of its and its affiliates' employees was false. Hansons and its affiliates had far more than 300 employees in each of 2019, 2020 and 2021.

---

[180] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

235.    Hansons deliberately ignored the fact that the total number of its and its affiliates' employees numbered in excess of the 300-employee limit for obtaining a Second Draw PPP loan. Reach signed its false SBA Form 2483-SD with knowledge of, or reckless disregard for, the truth.

236.    On or about March 20, 2021, Hansons was approved for a Second Draw PPP loan in the amount of $2,000,000 by lender First Merchants Bank.

237.    The U.S. government paid lender First Merchants Bank a lender's processing fee of 1% of the $2,000,000 loan, in the amount of $20,000.[181]

238.    On or about November 2, 2021, the U.S. government forgave 100% of Hansons' Second Draw PPP loan, plus interest, in the amount of $2,012,273.97.

G.    **DRAKE AUTOMOTIVE'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN**

239.    In 2020, Drake Automotive submitted a borrower application for a First Draw PPP loan.

240.    Drake Automotive submitted its borrower application, SBA Form 2483, to JPMorgan Chase Bank at 1111 Polaris Parkway, Columbus, OH 43240.

241.    In its SBA Form 2483, Drake Automotive listed its address as 130 Cassia Way, Henderson, NV 89014.

242.    In its SBA Form 2483, Drake Automotive certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

243.    In its SBA Form 2483, Drake Automotive represented that it and its affiliates had 157 employees—under the 500-employee limit needed to be eligible to apply.

---

[181] Paycheck Protection Program (PPP) Information Sheet: Lenders,
    https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

244.    Drake Automotive's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Drake Automotive and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) an employee count far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

245.    Drake Automotive deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Drake Automotive signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

246.    On or about April 14, 2020, Drake Automotive was approved for a First Draw PPP loan in the amount of $2,080,050 by lender JPMorgan Chase Bank.

247.    The U.S. government paid lender JPMorgan Chase Bank a lender's processing fee of 1% of the $2,080,050 loan, in the amount of $20,800.50.[182]

248.    On or about June 11, 2021, the U.S. government forgave 100% of Drake Automotive's First Draw PPP loan, plus interest, in the amount of $2,103,945.15.

**H.    INTERVISION'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN**

249.    In 2020, InterVision submitted a borrower application for a First Draw PPP loan.

250.    InterVision submitted its borrower application, SBA Form 2483, to West Community CU at 4161 Highway K, O'Fallon, MO 63368.

251.    In its SBA Form 2483, InterVision listed its address as 2270 Martin Avenue, Santa Clara, CA 95050.

---

[182] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

252.    In its SBA Form 2483, InterVision certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

253.    In its SBA Form 2483, InterVision represented that it and its affiliates had 75 employees—under the 500-employee limit needed to be eligible to apply.

254.    InterVision's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. InterVision and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) revenues far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

255.    InterVision deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. InterVision signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

256.    On or about April 27, 2020, InterVision was approved for a First Draw PPP loan in the amount of $1,720,892 by lender West Community CU.

257.    The U.S. government paid lender West Community CU a lender's processing fee of 3% of the $1,720,892 loan, in the amount of $51,626.76.[183]

258.    On or about June 15, 2021, the U.S. government forgave 100% of InterVision's First Draw PPP loan, plus interest, in the amount of $1,740,316.86.

## I.    NETELLIGENT'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN

259.    In 2020, Netelligent submitted a borrower application for a First Draw PPP loan.

260.    Netelligent submitted its borrower application, SBA Form 2483, to West Community CU at 4161 Highway K, O'Fallon, MO 63368.

---

[183] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

261. In its SBA Form 2483, Netelligent listed its address as 16401 Swingley Ridge Road, Suite 500, Chesterfield, MO 63017.

262. In its SBA Form 2483, Netelligent certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

263. In its SBA Form 2483, Netelligent represented that it and its affiliates had 139 employees—under the 500-employee limit needed to be eligible to apply.

264. Netelligent's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Netelligent and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) revenues far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

265. Netelligent deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Netelligent signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

266. On or about April 27, 2020, Netelligent was approved for a First Draw PPP loan in the amount of $2,574,302 by lender West Community CU.

267. The U.S. government paid lender West Community CU a lender's processing fee of 1% of the $2,574,302 loan, in the amount of $25,743.02.[184]

268. On or about June 18, 2021, the U.S. government forgave 100% of Netelligent's First Draw PPP loan, plus interest, in the amount of $2,603,571.46.

### J.   BLUELOCK'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN

269. In 2020, Bluelock submitted a borrower application for a First Draw PPP loan.

---

[184] Paycheck Protection Program (PPP) Information Sheet: Lenders, https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

270. Bluelock submitted its borrower application, SBA Form 2483, to West Community CU at 4161 Highway K, O'Fallon, MO 63368.

271. In its SBA Form 2483, Bluelock listed its address as 6510 Telecom Drive, Suite 200, Indianapolis, IN 46278.

272. In its SBA Form 2483, Bluelock certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

273. In its SBA Form 2483, Bluelock represented that it and its affiliates had 36 employees—under the 500-employee limit needed to be eligible to apply.

274. Bluelock's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Bluelock and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) revenues far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

275. Bluelock deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Bluelock signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

276. On or about April 27, 2020, Bluelock was approved for a First Draw PPP loan in the amount of $969,962 by lender West Community CU.

277. The U.S. government paid lender West Community CU a lender's processing fee of 3% of the $969,962 loan, in the amount of $29,098.86.[185]

278. On or about June 11, 2021, the U.S. government forgave 100% of Bluelock's First Draw PPP loan, plus interest, in the amount of $980,804.31.

---

[185] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

**K.    INFINITI CONSULTING'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN**

279.    In 2020, Infiniti Consulting submitted a borrower application for a First Draw PPP loan.

280.    Infiniti Consulting submitted its borrower application, SBA Form 2483, to West Community CU at 4161 Highway K, O'Fallon, MO 63368.

281.    In its SBA Form 2483, Infiniti Consulting listed its address as 3035 Prospect Park Drive, Suite 150, Rancho Cordova, CA 95670.

282.    In its SBA Form 2483, Infiniti Consulting certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

283.    In its SBA Form 2483, Infiniti Consulting represented that it and its affiliates had 50 employees—under the 500-employee limit needed to be eligible to apply.

284.    Infiniti Consulting's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Infiniti Consulting and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) revenues far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

285.    Infiniti Consulting deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Infiniti Consulting signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

286.    On or about April 27, 2020, Infiniti Consulting was approved for a First Draw PPP loan in the amount of $1,115,602 by lender West Community CU.

47

287. The U.S. government paid lender West Community CU a lender's processing fee of 3% of the $1,115,602 loan, in the amount of $33,468.06.[186]

288. On or about June 11, 2021, the U.S. government forgave 100% of Infiniti Consulting's First Draw PPP loan, plus interest, in the amount of $1,128,072.29.

L. **FOTIS NETWORKS' FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN**

289. In 2020, Fotis Networks submitted a borrower application for a First Draw PPP loan.

290. Fotis Networks submitted its borrower application, SBA Form 2483, to West Community CU at 4161 Highway K, O'Fallon, MO 63368.

291. In its SBA Form 2483, Fotis Networks listed its address as 5 North Meadows Road, Suite 1B, Medfield, MA 02052.

292. In its SBA Form 2483, Fotis Networks certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

293. In its SBA Form 2483, Fotis Networks represented that it and its affiliates had 18 employees—under the 500-employee limit needed to be eligible to apply.

294. Fotis Networks' certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Fotis Networks and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) revenues far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

---

[186] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

295.    Fotis Networks deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Fotis Networks signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

296.    On or about April 27, 2020, Fotis Networks was approved for a First Draw PPP loan in the amount of $333,995 by lender West Community CU.

297.    The U.S. government paid lender West Community CU a lender's processing fee of 5% of the $333,995 loan, in the amount of $16,699.75.[187]

298.    On or about June 11, 2021, the U.S. government forgave 100% of Fotis Networks' First Draw PPP loan, plus interest, in the amount of $337,728.42.

**M.    LAB CRAFTERS' FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN**

299.    In 2020, Lab Crafters submitted a borrower application for a First Draw PPP loan.

300.    Lab Crafters submitted its borrower application, SBA Form 2483, to Emigrant Bank at 201 South Biscayne Boulevard, Suite 1120, Miami, FL 33131.

301.    In its SBA Form 2483, Lab Crafters listed its address as 2085 Fifth Avenue, Ronkonkoma, NY 11779.

302.    In its SBA Form 2483, Lab Crafters certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

303.    In its SBA Form 2483, Lab Crafters represented that it and its affiliates had 37 employees—under the 500-employee limit needed to be eligible to apply.

304.    Lab Crafters' certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Lab Crafters and its affiliates had (1) far more than 500 employees

---

[187] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

in 2019 and 2020; (2) an employee count far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

305.    Lab Crafters deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Lab Crafters signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

306.    On or about April 27, 2020, Lab Crafters was approved for a First Draw PPP loan in the amount of $587,710 by lender Emigrant Bank.

307.    The U.S. government paid lender Emigrant Bank a lender's processing fee of 3% of the $587,710 loan, in the amount of $17,631.30.[188]

308.    On or about June 11, 2021, the U.S. government forgave 100% of Lab Crafters' First Draw PPP loan, plus interest, in the amount of $594,263.37.

### N.    PUEBLO MECHANICAL'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN

309.    In 2020, Pueblo Mechanical submitted a borrower application for a First Draw PPP loan.

310.    Pueblo Mechanical submitted its borrower application, SBA Form 2483, to Southwest Heritage Bank at 8777 East Hartford Drive, Suite 100, Scottsdale, AZ 85255.

311.    In its SBA Form 2483, Pueblo Mechanical listed its address as 6771 East Outlook Drive, Tucson, AZ 85756.

312.    In its SBA Form 2483, Pueblo Mechanical certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

---

[188] Paycheck Protection Program (PPP) Information Sheet: Lenders, https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

313.     In its SBA Form 2483, Pueblo Mechanical represented that it and its affiliates had 480 employees—under the 500-employee limit needed to be eligible to apply.

314.     Pueblo Mechanical's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Pueblo Mechanical and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) revenues far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

315.     Pueblo Mechanical deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Pueblo Mechanical signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

316.     On or about April 27, 2020, Pueblo Mechanical was approved for a First Draw PPP loan in the amount of $6,126,592 by lender Southwest Heritage Bank.

317.     The U.S. government paid lender Southwest Heritage Bank a lender's processing fee of 1% of the $6,126,592 loan, in the amount of $61,265.92.[189]

318.     On or about June 17, 2021, the U.S. government forgave 100% of Pueblo Mechanical's First Draw PPP loan, plus interest, in the amount of $6,195,345.98.

O.     **RONNOCO COFFEE'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN**

319.     In 2020, Ronnoco Coffee submitted a borrower application for a First Draw PPP loan.

320.     Ronnoco Coffee submitted its borrower application, SBA Form 2483, to First Bank at 11901 Olive Boulovard, Creve Coeur, MO 63141.

321.     In its SBA Form 2483, Ronnoco Coffee listed its address as 4241 Sarpy Avenue, St. Louis, MO 63110.

---

[189] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

322. In its SBA Form 2483, Ronnoco Coffee certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

323. In its SBA Form 2483, Ronnoco Coffee represented that it and its affiliates had 278 employees—under the 500-employee limit needed to be eligible to apply.

324. Ronnoco Coffee's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Ronnoco Coffee and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) an employee count far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

325. Ronnoco Coffee deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Ronnoco Coffee signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

326. On or about January 1, 2021, Ronnoco Coffee was approved for a First Draw PPP loan in the amount of $3,538,762.50 by lender First Bank.

327. The U.S. government paid lender First Bank a lender's processing fee of 1% of the $3,538,762.50 loan, in the amount of $35,387.63.[190]

328. On or about October 5, 2021, the U.S. government forgave 100% of Ronnoco Coffee's First Draw PPP loan, plus interest, in the amount of $3,563,140.64.

**P.    SCIENS BUILDING'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN**

329. In 2020, Sciens Building submitted a borrower application for a First Draw PPP loan.

---

[190] Paycheck Protection Program (PPP) Information Sheet: Lenders, https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

330. Sciens Building submitted its borrower application, SBA Form 2483, to JPMorgan Chase Bank at 1111 Polaris Parkway, Columbus, OH 43240.

331. In its SBA Form 2483, Sciens Building listed its address as 5925 Stoneridge Drive, Pleasanton, CA 94588.

332. In its SBA Form 2483, Sciens Building certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

333. In its SBA Form 2483, Sciens Building represented that it and its affiliates had 500 employees—under the 500-employee limit needed to be eligible to apply.

334. Sciens Building's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Sciens Building and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) revenues far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

335. Sciens Building deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Sciens Building signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

336. On or about April 13, 2021, Sciens Building was approved for a First Draw PPP loan in the amount of $8,854,740 by lender JPMorgan Chase Bank.

337. The U.S. government paid lender JPMorgan Chase Bank a lender's processing fee of 1% of the $8,854,740 loan, in the amount of $88,547.40.[191]

338. On or about February 1, 2021, the U.S. government forgave 100% of Sciens Building's First Draw PPP loan, plus interest, in the amount of $9,101,088.71.

---

[191] Paycheck Protection Program (PPP) Information Sheet: Lenders, https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

Q.      **SOCK & ACCESSORY'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN**

339.    In 2020, Sock & Accessory submitted a borrower application for a First Draw PPP loan.

340.    Sock & Accessory submitted its borrower application, SBA Form 2483, to PNC Bank at 222 Delaware Avenue, Wilmington, DE 19801.

341.    In its SBA Form 2483, Sock & Accessory listed its address as 129 NC Highway 801S, Advance, NC 27006.

342.    In its SBA Form 2483, Sock & Accessory certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

343.    In its SBA Form 2483, Sock & Accessory represented that it and its affiliates had 196 employees—under the 500-employee limit needed to be eligible to apply.

344.    Sock & Accessory's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Sock & Accessory and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) an employee count far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

345.    Sock & Accessory deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Sock & Accessory signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

346.    On or about April 12, 2020, Sock & Accessory was approved for a First Draw PPP loan in the amount of $2,220,000 by lender PNC Bank.

54

347.    The U.S. government paid lender PNC Bank a lender's processing fee of 1% of the $2,220,000 loan, in the amount of $22,200.[192]

348.    On or about July 20, 2021, the U.S. government forgave the majority of Sock & Accessory's First Draw PPP loan, plus interest, in the amount of $1,838,230.17.

### R.    NATIONAL PAINT'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN

349.    In 2020, National Paint submitted a borrower application for a First Draw PPP loan.

350.    National Paint submitted its borrower application, SBA Form 2483, to JPMorgan Chase Bank at 1111 Polaris Parkway, Columbus, OH 43240.

351.    In its SBA Form 2483, National Paint listed its address as 1999 Elizabeth Street, North Brunswick, NJ 08902.

352.    In its SBA Form 2483, National Paint certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

353.    In its SBA Form 2483, National Paint represented that it and its affiliates had 63 employees—under the 500-employee limit needed to be eligible to apply.

354.    National Paint's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. National Paint and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) revenues far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

355.    National Paint deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. National Paint signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

---

[192] Paycheck Protection Program (PPP) Information Sheet: Lenders, https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

356.    On or about April 13, 2021, National Paint was approved for a First Draw PPP loan in the amount of $903,232 by lender JPMorgan Chase Bank.

357.    The U.S. government paid lender JPMorgan Chase Bank a lender's processing fee of 3% of the $903,232 loan, in the amount of $27,096.96.[193]

358.    On or about June 11, 2021, the U.S. government forgave 100% of National Paint's First Draw PPP loan, plus interest, in the amount of $913,632.72.

### S.    POLOPLAZ'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN

359.    In 2020, PoloPlaz submitted a borrower application for a First Draw PPP loan.

360.    PoloPlaz submitted its borrower application, SBA Form 2483, to First Arkansas Bank and Trust at 600 West Main Street, Jacksonville, AR 72076.

361.    In its SBA Form 2483, PoloPlaz listed its address as 1999 Elizabeth Street, North Brunswick, NJ 08902.

362.    In its SBA Form 2483, PoloPlaz certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

363.    In its SBA Form 2483, PoloPlaz represented that it and its affiliates had 19 employees—under the 500-employee limit needed to be eligible to apply.

364.    PoloPlaz's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. PoloPlaz and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) an employee count far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

---

[193] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

365.    PoloPlaz deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. PoloPlaz signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

366.    On or about April 15, 2020, PoloPlaz was approved for a First Draw PPP loan in the amount of $238,360 by lender First Arkansas Bank and Trust.

367.    The U.S. government paid lender First Arkansas Bank and Trust a lender's processing fee of 5% of the $238,360 loan, in the amount of $11,918.[194]

368.    On or about April 22, 2021, the U.S. government forgave 100% of PoloPlaz's First Draw PPP loan, plus interest, in the amount of $240,803.19.

### T.    NORTHWEST PALLET'S FALSE STATEMENT TO OBTAIN A FIRST DRAW PPP LOAN

369.    In 2020, Northwest Pallet submitted a borrower application for a First Draw PPP loan.

370.    Northwest Pallet submitted its borrower application, SBA Form 2483, to Live Oak Banking Company at 1741 Tiburon Drive, Wilmington, NC 28403.

371.    In its SBA Form 2483, Northwest Pallet listed its address as 1450 American Lane, Schaumburg, IL 60173.

372.    In its SBA Form 2483, Northwest Pallet certified that it and its affiliates met the small business size standard by having (1) no more than 500 employees, (2) meeting the SBA industry size standards, or (3) meeting the SBA alternative size standard.

373.    In its SBA Form 2483, Northwest Pallet represented that it and its affiliates had 500 employees—under the 500-employee limit needed to be eligible to apply.

---

[194] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

374.    Northwest Pallet's certification in SBA Form 2483 that it met the size standards for a First Draw PPP loan was false. Northwest Pallet and its affiliates had (1) far more than 500 employees in 2019 and 2020; (2) an employee count far exceeding the industry size standard; and (3) an average net income for two fiscal years before the date of the application greater than $5 million.

375.    Northwest Pallet deliberately ignored the fact that, together with its affiliates, it did not meet the SBA size standards for obtaining a First Draw PPP loan. Northwest Pallet signed its false SBA Form 2483 with knowledge of, or reckless disregard for, the truth.

376.    On or about April 15, 2020, Northwest Pallet was approved for a First Draw PPP loan in the amount of $5,386,500 by lender Live Oak Banking Company.

377.    The U.S. government paid lender Live Oak Banking Company and Trust a lender's processing fee of 1% of the $5,386,500 loan, in the amount of $53,865.[195]

378.    On or about June 11, 2021, the U.S. government forgave 100% of Northwest Pallet's First Draw PPP loan, plus interest, in the amount of $5,448,038.92.

U.    EVIDENCE OF NUMBER OF EMPLOYEES

379.    In its SBA Forms 2483 and 2483-SD, a company must include "the employees of its domestic and foreign affiliates" in calculating its number of employees. *See* 13 C.F.R. § 121.106(b)(1).

380.    Defendants' statements that they and their affiliates had under 500 employees in 2019 and 2020, made in connection with their First Draw PPP loan applications, contradict the representations that Defendants made in their respective SBA Forms 2483.

---

[195] Paycheck Protection Program (PPP) Information Sheet: Lenders,
https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

58

381.    In 2020, Defendants each submitted a borrower application form to apply for a First Draw PPP loan. In those applications, each entity represented the number of its and its affiliates' employees. They collectively reported 3,544 employees:

| Entity | First Draw PPP Loan Number of Employees |
| --- | --- |
| Albireo Energy | 500 |
| LM Foods | 77 |
| Direct Connect | 137 |
| Hansons | 282 |
| Drake Automotive | 157 |
| InterVision | 75 |
| Netelligent | 139 |
| Bluelock | 36 |
| Infiniti Consulting | 50 |
| Fotis Networks | 18 |
| Lab Crafters | 37 |
| Pueblo Mechanical | 480 |
| Ronnoco Coffee | 278 |
| Sciens Buildings | 500 |
| Sock & Accessory | 196 |
| National Paint | 63 |
| PoloPlaz | 19 |
| Northwest Pallet | 500 |
| Total | 3,544 |

382.    On August 15, 2019, a press release issued by Huron Capital indicated that Huron Capital's portfolio companies had aggregate annual revenues exceeding $3.0 billion and had **15,000 employees** over 325 facilities.[196]

383.    Thus, Defendants, and their affiliates, collectively employed **well in excess of 3,544 employees** at the time of their First Draw loan applications and were thus not eligible for the First Draw PPP loans they obtained.

---

[196] Huron Capital, *Huron Capital's Pueblo Mechanical & Controls ExecFactor® Platform Completes Fifth Add-on Acquisition*, August 5, 2019, https://www.huroncapital.com/news/huron-capitals-pueblo-mechanical-controls-execfactor-platform-completes-fifth-add-on-acquisition/.

384. Similar evidence shows that Hansons, along with their affiliates, employed over 300 employees in 2021, and were not eligible for their Second Draw PPP loans.

385. In 2021, Hansons submitted a borrower application form to apply for a Second Draw PPP loan. In that application, Hansons represented the number of it and its affiliates' employees. Hansons alone reported 282 employees.

386. Huron Capital's *2021 Year in Review* indicates that Huron Capital has successfully established six private equity funds aggregating nearly $2.0 billion in committed capital and invested in over 240 companies, and its portfolio companies have **employed over 11,000 people** throughout North America.[197]

387. Thus, had Hansons aggregated their employees with their affiliates' they would have reported over 300 employees, making them ineligible for their Second Draw loan.

388. On information and belief, Defendants' payroll records from 2019, 2020, and 2021 will confirm what they always knew—that they and their affiliates collectively employed well over 500 employees throughout the time period 2019–2020 and well over 300 employees throughout the time period 2019–2021.

V. **EVIDENCE OF INELIGIBILITY UNDER THE INDUSTRY SIZE STANDARD**

389. Defendants were not eligible for their First Draw loans under the applicable SBA industry size standards.

390. Defendants LM Foods, Hansons, Drake Automotive, Lab Crafters, Ronnoco Coffee, Sock & Accessory, PoloPlaz, and Northwest Pallet did not qualify as small businesses under the employee-based SBA industry size standards applicable to them.

---

[197] Huron Capital, *2021 Year in Review*, https://www.huroncapital.com/news/2021-year-in-review/.

391.   For the purposes of its First Draw PPP loan, LM Foods is classified under NAICS code 311710, which covers the industry for Seafood Product Preparation and Packaging. The SBA industry size standard for NAICS code 311710 is 750 employees. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

392.   For the purposes of its First Draw PPP loan, Hansons is classified under NAICS code 321911, which covers the industry for Wood Window and Door Manufacturing. The SBA industry size standard for NAICS code 321911 is 1,000 employees. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

393.   For the purposes of its First Draw PPP loan, Drake Automotive is classified under NAICS code 423120, which covers the industry for Motor Vehicle Supplies and New Parts Merchant Wholesalers. The SBA industry size standard for NAICS code 423120 is 200 employees. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

394.   For the purposes of its First Draw PPP loan, Lab Crafters is classified under NAICS code 337127, which covers the industry for Institutional Furniture Manufacturing. The SBA industry size standard for NAICS code 337127 is 500 employees. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

395.   For the purposes of its First Draw PPP loan, Ronnoco Coffee is classified under NAICS code 311920, which covers the industry for Coffee and Tea Manufacturing. The SBA industry size standard for NAICS code 311920 is 750 employees. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

396.   For the purposes of its First Draw PPP loan, Sock & Accessory is classified under NAICS code 315110, which covers the industry for Hosiery and Sock Mills. The SBA industry

61

size standard for NAICS code 315110 is 750 employees. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

397.    For the purposes of its First Draw PPP loan, PoloPlaz is classified under NAICS code 325612, which covers the industry for Polish and Other Sanitation Good Manufacturing. The SBA industry size standard for NAICS code 325612 is 750 employees. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

398.    For the purposes of its First Draw PPP loan, Northwest Pallet is classified under NAICS code 321920, which covers the industry for Wood Container and Pallet Manufacturing. The SBA industry size standard for NAICS code 321920 is 750 employees. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

399.    As evident in ¶¶ 380 – 386, *supra*, Defendants and their affiliates employed well over 3,544 employees at the time of each Defendant's First Draw loan applications. Thus, Defendants Albireo Energy, Hills Machinery, WM Coffman, Derby Fabricating, and Keywell Metals did not qualify as small businesses under the applicable employee-based industry size standards.

400.    Defendants Albireo Energy, Direct Connect, InterVision, Netelligent, Bluelock, Infiniti Consulting, Fotis Networks, Pueblo Mechanical, Sciens Building, and National Paint also did not qualify as small businesses under the revenue-based SBA industry size standards applicable to them.

401.    For the purposes of its First Draw PPP loan, Albireo Energy is classified under NAICS code 238290, which covers the industry for Other Building Equipment Contractors. The SBA industry size standard for NAICS code 238290 is $16.5 million of revenues. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

62

402. For the purposes of its First Draw PPP loan, Direct Connect is classified under NAICS code 488510, which covers the industry for Freight Transportation Arrangement. The SBA industry size standard for NAICS code 488510 is $16.5 million of revenues. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

403. For the purposes of its First Draw PPP loan, InterVision is classified under NAICS code 541512, which covers the industry for Computer Systems Design Services. The SBA industry size standard for NAICS code 541512 is $30.0 million of revenues. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

404. For the purposes of its First Draw PPP loan, Netelligent is classified under NAICS code 541512, which covers the industry for Computer Systems Design Services. The SBA industry size standard for NAICS code 541512 is $30.0 million of revenues. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

405. For the purposes of its First Draw PPP loan, Bluelock is classified under NAICS code 541512, which covers the industry for Computer Systems Design Services. The SBA industry size standard for NAICS code 541512 is $30.0 million of revenues. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

406. For the purposes of its First Draw PPP loan, Infiniti Consulting is classified under NAICS code 541512, which covers the industry for Computer Systems Design Services. The SBA industry size standard for NAICS code 541512 is $30.0 million of revenues. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

407. For the purposes of its First Draw PPP loan, Fotis Networks is classified under NAICS code 541512, which covers the industry for Computer Systems Design Services. The

SBA industry size standard for NAICS code 541512 is $30.0 million of revenues. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

408.    For the purposes of its First Draw PPP loan, Pueblo Mechanical is classified under NAICS code 238220, which covers the industry for Plumbing, Heating, and Air-Conditioning Contractors. The SBA industry size standard for NAICS code 238220 is $16.5 million of revenues. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

409.    For the purposes of its First Draw PPP loan, Sciens Building is classified under NAICS code 238210, which covers the industry for Electrical Contractors and Other Wiring Installation Contractors. The SBA industry size standard for NAICS code 238210 is $16.5 million of revenues. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

410.    For the purposes of its First Draw PPP loan, National Paint is classified under NAICS code 238320, which covers the industry for Painting and Wall Covering Contractors. The SBA industry size standard for NAICS code 238320 is $16.5 million of revenues. *See* 13 C.F.R. § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

411.    By rule, PPP loan amounts are approximately equal to 2.5 times the average monthly payroll of the applicant.

412.    Defendant Albireo Energy received a First Draw PPP loan in the amount of $10.00 million, implying that Albireo Energy had approximately $48.00 million of annual payroll.

413.    For business classified under NAICS Code 238290, like Albireo Energy, payroll is estimated to run approximately 25-35% of revenue.[198] This implies that Albireo Energy is estimated to have generated between $137-192 million in revenue at the time applicable to its First Draw loan.

---

[198] SIC Code, *NAICS Code 238290 - Other Building Equipment Contractors*, https://siccode.com/naics-code/238290/building-equipment-contractors.

414.    Defendant LM Foods received a First Draw PPP loan in the amount of $795 thousand, implying that LM Foods had approximately $3.81 million of annual payroll.

415.    For business classified under NAICS Code 311710, like LM Foods, payroll is estimated to run approximately 5-15% of revenue.[199] This implies that LM Foods is estimated to have generated between $25-76 million in revenue at the time applicable to its First Draw loan.

416.    Defendant Direct Connect received a First Draw PPP loan in the amount of $1.97 million, implying that Direct Connect had approximately $9.46 million of annual payroll.

417.    For business classified under NAICS Code 488510, like Direct Connect, payroll is estimated to run approximately 20-25% of revenue.[200] This implies that Direct Connect is estimated to have generated between $38-47 million in revenue at the time applicable to its First Draw loan.

418.    Defendant Hansons received a First Draw PPP loan in the amount of $2.48 million, implying that Hansons had approximately $11.90 million of annual payroll.

419.    For business classified under NAICS Code 321911, like Hansons, payroll is estimated to run approximately 15-25% of revenue.[201] This implies that Hansons is estimated to have generated between $48-79 million in revenue at the time applicable to its First Draw loan.

420.    Defendant Drake Automotive received a First Draw PPP loan in the amount of $2.08 million, implying that Drake Automotive had approximately $9.98 million of annual payroll.

---

[199] SIC Code, *NAICS Code 311710 - Seafood Product Preparation and Packaging*, https://siccode.com/naics-code/311710/seafood-product-preparation-packaging.

[200] SIC Code, *NAICS Code 488510 - Freight Transportation Arrangement*, https://siccode.com/naics-code/488510/freight-transportation-arrangement.

[201] SIC Code, *NAICS Code 321911 - Wood Window and Door Manufacturing*, https://siccode.com/naics-code/321911/wood-window-door-manufacturing.

421. For business classified under NAICS Code 423120, like Drake Automotive, payroll is estimated to run approximately 5-10% of revenue.[202] This implies that Drake Automotive is estimated to have generated between $100-200 million in revenue at the time applicable to its First Draw loan.

422. Defendant InterVision received a First Draw PPP loan in the amount of $1.72 million, implying that InterVision had approximately $8.26 million of annual payroll.

423. For business classified under NAICS Code 541512, like InterVision, payroll is estimated to run approximately 30-40% of revenue.[203] This implies that InterVision is estimated to have generated between $21-28 million in revenue at the time applicable to its First Draw loan.

424. Defendant Netelligent received a First Draw PPP loan in the amount of $2.57 million, implying that Netelligent had approximately $12.36 million of annual payroll.

425. For business classified under NAICS Code 541512, like Netelligent, payroll is estimated to run approximately 30-40% of revenue.[204] This implies that Netelligent is estimated to have generated between $31-41 million in revenue at the time applicable to its First Draw loan.

426. Defendant Bluelock received a First Draw PPP loan in the amount of $970 thousand, implying that Bluelock had approximately $4.66 million of annual payroll.

427. For business classified under NAICS Code 541512, like Bluelock, payroll is estimated to run approximately 30-40% of revenue.[205] This implies that Bluelock is estimated to have generated between $12-16 million in revenue at the time applicable to its First Draw loan.

---

[202] SIC Code, *NAICS Code 423120 - Motor Vehicle Supplies and New Parts Merchant Wholesalers*, https://siccode.com/naics-code/423120/mctor-vehicle-supplies-parts-merchant-wholesalers.
[203] SIC Code, *NAICS Code 541512 - Computer Systems Design Services*, https://siccode.com/naics-code/541512/computer-systems-design-services.
[204] SIC Code, *NAICS Code 541512 - Computer Systems Design Services*, https://siccode.com/naics-code/541512/computer-systems-design-services.
[205] SIC Code, *NAICS Code 541512 - Computer Systems Design Services*, https://siccode.com/naics-code/541512/computer-systems-design-services.

428.   Defendant Infiniti Consulting received a First Draw PPP loan in the amount of $1.12 million, implying that Infiniti Consulting had approximately $5.35 million of annual payroll.

429.   For business classified under NAICS Code 541512, like Infiniti Consulting, payroll is estimated to run approximately 30-40% of revenue.[206] This implies that Infiniti Consulting is estimated to have generated between $13-18 million in revenue at the time applicable to its First Draw loan.

430.   Defendant Fotis Networks received a First Draw PPP loan in the amount of $334 thousand, implying that Fotis Networks had approximately $1.60 million of annual payroll.

431.   For business classified under NAICS Code 541512, like Fotis Networks, payroll is estimated to run approximately 30-40% of revenue.[207] This implies that Fotis Networks is estimated to have generated between $4-5 million in revenue at the time applicable to its First Draw loan.

432.   Defendant Lab Crafters received a First Draw PPP loan in the amount of $588 thousand, implying that Lab Crafters had approximately $2.82 million of annual payroll.

433.   For business classified under NAICS Code 337127, like Lab Crafters, payroll is estimated to run approximately 20-30% of revenue.[208] This implies that Lab Crafters is estimated to have generated between $9-14 million in revenue at the time applicable to its First Draw loan.

434.   Defendant Pueblo Mechanical received a First Draw PPP loan in the amount of $6.13 million, implying that Pueblo Mechanical had approximately $29.41 million of annual payroll.

---

[206] SIC Code, *NAICS Code 541512 - Computer Systems Design Services*, https://siccode.com/naics-code/541512/computer-systems-design-services.

[207] SIC Code, *NAICS Code 541512 - Computer Systems Design Services*, https://siccode.com/naics-code/541512/computer-systems-design-services.

[208] SIC Code, *NAICS Code 337127 - Institutional Furniture Manufacturing*, https://siccode.com/naics-code/337127/institutional-furniture-manufacturing.

435. For business classified under NAICS Code 238220, like Pueblo Mechanical, payroll is estimated to run approximately 25-35% of revenue.[209] This implies that Pueblo Mechanical is estimated to have generated between $84-118 million in revenue at the time applicable to its First Draw loan.

436. Defendant Ronnoco Coffee received a First Draw PPP loan in the amount of $3.54 million, implying that Ronnoco Coffee had approximately $16.99 million of annual payroll.

437. For business classified under NAICS Code 311920, like Ronnoco Coffee, payroll is estimated to run approximately 5-10% of revenue.[210] This implies that Ronnoco Coffee is estimated to have generated between $170-340 million in revenue at the time applicable to its First Draw loan.

438. Defendant Sciens Building received a First Draw PPP loan in the amount of $8.85 million, implying that Sciens Building had approximately $42.50 million of annual payroll.

439. For business classified under NAICS Code 238210, like Sciens Building, payroll is estimated to run approximately 25-35% of revenue.[211] This implies that Sciens Building is estimated to have generated between $121-170 million in revenue at the time applicable to its First Draw loan.

440. Third-party sources estimate that Defendant Stock & Accessory generates approximately $21 million in revenue per year.[212]

---

[209] SIC Code, *NAICS Code 238220 - Plumbing, Heating, and Air-Conditioning Contractors*, https://siccode.com/naics-code/238220/plumbing-heating-air-conditioning-contractors.

[210] SIC Code, *NAICS Code 311920 - Coffee and Tea Manufacturing*, https://siccode.com/naics-code/311920/coffee-tea-manufacturing.

[211] SIC Code, *NAICS Code 238210 - Electrical Contractors and Other Wiring Installation Contractors*, https://siccode.com/naics-code/238210/electrical-contractors-wiring-installation-contractors.

[212] Zippia, *Sock and Accessory Brands Global revenue*, https://www.zippia.com/sock-and-accessory-brands-global-careers-1554615/revenue/.

441.   Defendant National Paint received a First Draw PPP loan in the amount of $903 thousand, implying that National Paint had approximately $4.43 million of annual payroll.

442.   For business classified under NAICS Code 238320, like National Paint, payroll is estimated to run approximately 30-40% of revenue.[213] This implies that National Paint is estimated to have generated between $11-14 million in revenue at the time applicable to its First Draw loan.

443.   Defendant PoloPlaz received a First Draw PPP loan in the amount of $238 thousand, implying that PoloPlaz had approximately $1.14 million of annual payroll.

444.   For business classified under NAICS Code 325612, like PoloPlaz, payroll is estimated to run approximately 10-20% of revenue.[214] This implies that PoloPlaz is estimated to have generated between $6-11 million in revenue at the time applicable to its First Draw loan.

445.   Defendant Northwest Pallet received a First Draw PPP loan in the amount of $5.39 million, implying that Northwest Pallet had approximately $25.86 million of annual payroll.

446.   For business classified under NAICS Code 321920, like Northwest Pallet, payroll is estimated to run approximately 15-25% of revenue.[215] This implies that Northwest Pallet is estimated to have generated between $103-172 million in revenue at the time applicable to its First Draw loan.

447.   High Street, an affiliate of Defendants' corporate group, as discussed in ¶ 75 – 77, *supra*, generated approximately $30 million of revenues in 2019 and approximately $68 million

---

[213] SIC Code, *NAICS Code 238320 - Painting and Wall Covering Contractors*, https://siccode.com/naics-code/238320/painting-wall-covering-contractors.

[214] SIC Code, *NAICS Code 325612 - Polish and Other Sanitation Good Manufacturing*, https://siccode.com/naics-code/325612/polish-sanitation-good-manufacturing.

[215] SIC Code, *NAICS Code 325612 - Polish and Other Sanitation Good Manufacturing*, https://siccode.com/naics-code/325612/polish-sanitation-good-manufacturing.

of revenues in 2020, according to a special report ranking the 100 largest brokerages based on revenues.[216]

448.    A third-party source estimate that Pure Dental, an affiliate of Defendants' corporate group, as discussed in ¶ 78 – 79, *supra*, generates approximately $22 million of annual revenues.[217]

449.    Third-party sources estimate that XLerate Group, an affiliate of Defendants' corporate group, as discussed in ¶ 80 – 82, *supra*, generates between $265-387 million of annual revenues.[218]

450.    This implies that before or at the start of the COVID-19 pandemic, Defendants and their affiliates collectively **generated at least $1.3-2.0 billion of yearly revenue.**

451.    On August 15, 2019, a press release issued by Huron Capital indicated that Huron Capital's portfolio companies had **aggregate annual revenues exceeding $3.0 billion** and had 15,000 employees over 325 facilities.[219]

452.    Given the above, Defendants Albireo Energy, Direct Connect, InterVision, Netelligent, Bluelock, Infiniti Consulting, Fotis Networks, Pueblo Mechanical, Sciens Building, and National Paint did not qualify as small business under the applicable revenue-based industry size standards.

### W.    EVIDENCE OF INELIGIBILITY UNDER THE ALTERNATIVE SIZE STANDARD

453.    The SBA's alternative size standard required applicants to show that they and their affiliates had both (i) tangible net worth of not more than $15 million, and (ii) average net income

---

[216] Special Report, *100 Largest Brokers of U.S. Business*,
https://communityprod.blob.core.windows.net/public/2021_top_100.pdf.

[217] Growjo, *Pure Dental Brands Revenue and Competitors*, https://growjo.com/company/Pure_Dental_Brands.

[218] Growjo, *XLerate Group Revenue and Competitors*, https://growjo.com/company/XLerate_Group; Buzzfile, *The Xlerate Group*, https://www.buzzfile.com/business/Xlerate-Group%2C-The-843-579-2886.

[219] Huron Capital, *Huron Capital's Pueblo Mechanical & Controls ExecFactor® Platform Completes Fifth Add-on Acquisition*, August 5, 2019, https://www.huroncapital.com/news/huron-capitals-pueblo-mechanical-controls-execfactor-platform-completes-fifth-add-on-acquisition/.

of less than $5 million for the two fiscal years before the date of the applicant's 2020 application for a First Draw PPP loan.

454.    Net income estimations confirm that Defendants' 2018-2019 average net income was well above $5 million. On December 31, 2019, the NYU Stern School of Business published *Margins by Sector (US)*, which estimated gross income margins by industry using 2019 data.[220] On December 24, 2020, the NYU Stern School of Business published *Margins by Sector (US)*, which estimated gross income margins by industry using 2020 data.[221]

455.    Albireo Energy fits within the Engineering/Construction industry, which had a net margin of 2.18% and 1.00% in FY 2018 and FY 2019, respectively. Given these average margins, Albireo Energy is estimated to have generated between $3–4 million of net income in FY 2018 and between $1–2 million of net income in FY 2019.

456.    LM Foods fits within the Food Processing industry, which had a net margin of 11.98% and 1.31% in FY 2018 and FY 2019, respectively. Given these average margins, LM Foods is estimated to have generated between $3–9 million of net income in FY 2018 and between $328–1,000 thousand of net income in FY 2019.

457.    Direct Connect fits within the Trucking industry, which had a net margin of 7.82% and *negative* 8.55% in FY 2018 and FY 2019, respectively. Given these average margins, Direct Connect is estimated to have generated between $3–4 million of net income in FY 2018 and between negative $4 million – negative 3 million of net income in FY 2019.

---

[220] Aswath Damodaran, NYU Stern, Margins by Sector (US) (Dec. 31, 2019) https://web.archive.org/web/20191231161223/https://pages.stern.nyu.edu/~adamodar/New_Home_Page/datafile/margin.html.

[221] Aswath Damodaran, NYU Stern, Margins by Sector (US) (Dec. 24, 2020) https://web.archive.org/web/20201224005255/https://pages.stern.nyu.edu/~adamodar/New_Home_Page/datafile/margin.html.

458.   Hansons fits within the Engineering/Construction industry, which had a net margin of 2.18% and 1.00% in FY 2018 and FY 2019, respectively. Given these average margins, Hansons is estimated to have generated between $1–2 million of net income in FY 2018 and between $480–790 thousand of net income in FY 2019.

459.   Drake Automotive fits within the Auto & Truck Parts industry, which had a net margin of 1.82% and 3.04% in FY 2018 and FY 2019, respectively. Given these average margins, Drake Automotive is estimated to have generated between $2–4 million of net income in FY 2018 and between $3–6 million of net income in FY 2019.

460.   InterVision fits within the Computer Services industry, which had a net margin of 4.03% and 4.34% in FY 2018 and FY 2019, respectively. Given these average margins, InterVision is estimated to have generated approximately $1 million of net income in FY 2018 and approximately $1 million of net income in FY 2019.

461.   Netelligent fits within the Computer Services industry, which had a net margin of 4.03% and 4.34% in FY 2018 and FY 2019, respectively. Given these average margins, Netelligent is estimated to have generated between $1–2 million of net income in FY 2018 and between $1–2 million of net income in FY 2019.

462.   Bluelock fits within the Computer Services industry, which had a net margin of 4.03% and 4.34% in FY 2018 and FY 2019, respectively. Given these average margins, Bluelock is estimated to have generated between $484–645 thousand of net income in FY 2018 and between $521–694 thousand of net income in FY 2019.

463.   Infiniti Consulting fits within the Computer Services industry, which had a net margin of 4.03% and 4.34% in FY 2018 and FY 2019, respectively. Given these average margins,

72

Infiniti Consulting is estimated to have generated between $524–725 thousand of net income in FY 2018 and between $564–781 thousand of net income in FY 2019.

464.    Fotis Networks fits within the Computer Services industry, which had a net margin of 4.03% and 4.34% in FY 2018 and FY 2019, respectively. Given these average margins, Fotis Networks is estimated to have generated between $161–202 thousand of net income in FY 2018 and between $174–217 thousand of net income in FY 2019.

465.    Lab Crafters fits within the Furn/Home Furnishings industry, which had a net margin of 2.20% and 5.15% in FY 2018 and FY 2019, respectively. Given these average margins, Lab Crafters is estimated to have generated between $198–308 thousand of net income in FY 2018 and between $464–721 thousand of net income in FY 2019.

466.    Pueblo Mechanical fits within the Engineering/Construction industry, which had a net margin of 2.18% and 1.00% in FY 2018 and FY 2019, respectively. Given these average margins, Pueblo Mechanical is estimated to have generated between $2–3 million of net income in FY 2018 and approximately $1 million of net income in FY 2019.

467.    Ronnoco Coffee fits within the Food Processing industry, which had a net margin of 11.98% and 1.31% in FY 2018 and FY 2019, respectively. Given these average margins, Ronnoco Coffee is estimated to have generated between $20–41 million of net income in FY 2018 and between $2–4 million of net income in FY 2019.

468.    Sciens Building fits within the Engineering/Construction industry, which had a net margin of 2.18% and 1.00% in FY 2018 and FY 2019, respectively. Given these average margins, Sciens Building is estimated to have generated between $3–4 million of net income in FY 2018 and between $1–2 million of net income in FY 2019.

73

469.    Sock & Accessory fits within the Apparel industry, which had a net margin of 4.52% and 5.87% in FY 2018 and FY 2019, respectively. Given these average margins, Sock & Accessory is estimated to have generated approximately $1 million of net income in FY 2018 and approximately $1 million of net income in FY 2019.

470.    National Paint fits within the Chemical (Specialty) industry, which had a net margin of 8.29% and 4.76% in FY 2018 and FY 2019, respectively. Given these average margins, National Paint is estimated to have generated between $1–4 million of net income in FY 2018 and between $524–666 thousand of net income in FY 2019.

471.    PoloPlaz fits within the Chemical (Specialty) industry, which had a net margin of 8.29% and 4.76% in FY 2018 and FY 2019, respectively. Given these average margins, PoloPlaz is estimated to have generated between $497–912 thousand of net income in FY 2018 and between $286–524 thousand of net income in FY 2019.

472.    Northwest Pallet fits within the Packaging & Container industry, which had a net margin of 7.30% and 4.66% in FY 2018 and FY 2019, respectively. Given these average margins, Northwest Pallet is estimated to have generated between $8–13 million of net income in FY 2018 and between $5–8 million of net income in FY 2019.

473.    Pure Dental fits within the Healthcare Support Services industry, which had a net margin of 2.46% and 1.78% in FY 2018 and FY 2019, respectively. Given these average margins, Pure Dental is estimated to have generated approximately $541 thousand of net income in FY 2018 and approximately $392 thousand of net income in FY 2019.

474.    XLerate fits within the Business & Consumer Services industry, which had a net margin of 6.47% and 3.83% in FY 2018 and FY 2019, respectively. Given these average margins,

74

XLerate Group is estimated to have generated between $17–25 million of net income in FY 2018 and between $10–15 million of net income in FY 2019.

475.    Given the average margins, in FY 2018, Defendants and their affiliates are estimated to have collectively generated between $68–120 million of net income, as calculated in ¶ 454 – 473, *supra*.

476.    Given the average margins, in FY 2019, Defendants and their affiliates are estimated to have collectively generated between $26–45 million of net income, as calculated in ¶ 454 – 473, *supra*.

477.    This implies that Defendants and their affiliates collectively generated an average **of $47–83 million of net income** between FY 2018 and FY 2019. This figure is far above the $5 million dollar threshold.

478.    Given this average net income, Defendants could not have qualified for a First Draw PPP loan under the SBA's alternative size test.

## FIRST CAUSE OF ACTION

### Submitting False Claims for Payment
### 31 U.S.C. § 3729(a)(1)(A)

479.    Relator repeats, realleges, and incorporates the allegations set forth in the paragraphs above as though fully set forth herein.

480.    Defendants violated 31 U.S.C. § 3729(a)(1)(A) by knowingly presenting and/or causing to be presented to the lenders claims for approval of one or more PPP loans.

481.    Defendants' knowingly false claims on their respective SBA Form 2483 and their respective SBA Form 2483-SD, were material to the lenders' decisions to issue the loans and were material to the SBA's decision to forgive the loans and repay the lender.

482. But for these knowingly false claims, the lender would not have issued the loans, and the SBA would not have forgiven them.

483. The PPP loans obtained was money that was intended by the Government to be spent or used to advance the Government's program and interest in assisting qualified and eligible small businesses to survive the COVID-19 epidemic and to continue to employ their workers.

484. The PPP loans obtained was money that the Government effectively and in practice provided to the lender, by means of the Government's 100% guarantee to the lender of repayment by the Government in the case of default by the borrower.

485. The Government later reimbursed the lender 100% of the amount of each PPP loan obtained, with interest.

## SECOND CAUSE OF ACTION

### Creating a False Record or Statement Material to a False Claim
### 31 U.S.C. § 3729(a)(1)(B)

486. Relator repeats, realleges, and incorporates the allegations set forth in the paragraphs above as though fully set forth herein.

487. Defendants violated 31 U.S.C. § 3729(a)(1)(B) by knowingly making or causing to be made a false record and statement—namely, their SBA Form 2483 and its included certifications, and Defendant's SBA Form 2483-SD and its included certifications—to support a false claim submitted to the lender for approval of Second Draw PPP loan.

488. Defendants' knowingly false records and statements were material to the lenders' decisions to issue the loans and was material to the SBA's decisions to forgive the loans and repay the lender.

489. But for Defendants' knowingly false record and statement, the lenders would not have issue the loans, and the SBA would not have forgiven them.

## THIRD CAUSE OF ACTION

### Improperly Avoiding an Obligation to Pay or Transmit Money
### 31 U.S.C. § 3729(a)(1)(G)

490. Relator repeats, realleges, and incorporates the allegations set forth in the paragraphs above as though fully set forth herein.

491. Defendants violated 31 U.S.C. § 3729(a)(1)(G) by knowingly and improperly avoiding their obligations to pay or transmit money to the SBA—namely, the money they received from the SBA in forgiveness for their PPP loans.

492. Defendants knew they improperly received money from the SBA when the SBA forgave their PPP loans.

493. Defendants had an obligation to pay back the SBA the full amount they received in forgiveness of the PPP loans.

494. Defendants knew of their obligation to pay back the SBA.

495. Defendants improperly avoided their obligation to pay back the SBA.


## PRAYER FOR RELIEF

**WHEREFORE**, Relator requests judgment against Defendants for: (i) three times the amount of damages that the United States has sustained (including the full amount of the forgiven PPP loans and interest thereon, plus all processing fees paid by the Government); (ii) the maximum civil penalties allowed by law; (iii) an award to Relator for the maximum allowed under 31 U.S.C. § 3730(d); (iv) an award of attorney's fees, costs, and expenses; (v) interest as provided by law; and (vi) any other relief that this Court deems appropriate.

77

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relator hereby demands a trial by jury.

Date: December 3, 2025

Respectfully submitted,

/s/ John A. Azzarello
John A. Azzarello (Local Counsel)
Whipple Azzarello LLC
177 Madison Ave., 2nd Floor
Morristown, N.J. 07960
Telephone: (973) 267-7300
Facsimile: (973) 267-0031
azzarello@whippleazzarellolaw.com

Steven M. Shepard (*to seek pro hac vice*)
Stephen Shackelford, Jr. (*to seek pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshepard@susmangodfrey.com
sshackelford@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*